UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SMITH, GAMBRELL & RUSSELL, LLP**
Allen G. Kadish
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 907-9700
Email: akadish@sgrlaw.com

*Counsel for Lexington Realty International, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL AARON SHABSELS, | Case Number: 26-16529 (CMG) |
| Debtor. | Judge: Hon. Christine M. Gravelle |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that is accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Lexington Realty International, LLC ("Lexington"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**SMITH, GAMBRELL & RUSSELL, LLP**
*Counsel for Lexington Realty International, LLC*
Attn: Allen G. Kadish
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 907-9700
Email: akadish@sgrlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demands include not only the notices and papers referred to in the Fed. R. Bankr. P. but also include, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the cases and proceedings referenced herein.

This Notice of Appearance shall not be deemed or construed to be a waiver of Lexington's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which Lexington is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

SGR/82403741.1

2

Dated: June 23, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By:   _____

Allen G. Kadish
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 907-9700
Email: akadish@sgrlaw.com

*Counsel for Lexington Realty International, LLC*

SGR/82403741.1