**Order Filed on June 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald W. Clarke<br>Leah M. Eisenberg<br>David E. Sklar<br>Katherine R. Beilin<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-8200<br>Email:  dclarke@pashmanstein.com<br>         leisenberg@pashmanstein.com<br>         dsklar@pashmanstein.com<br>         kbeilin@pashmanstein.com<br><br><br>*Withdrawing Counsel to the Debtor* |

| | |
|---|---|
| In Re:<br><br>MICHAEL A. SHABSELS,<br><br>        Debtor. | Chapter 11<br><br>Case Number: 26-16529 (CMG) |

## ORDER GRANTING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO THE DEBTOR

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

**DATED: June 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

Debtor:              Michael A. Shabsels
Case No.             26-16529 (CMG)
Caption of Order:    Order Granting Motion of Pashman Stein Walder Hayden, P.C. to Withdraw as
                     Counsel to the Debtor

Upon the motion (the "'Motion")[1] of Pashman Stein Walder Hayden, P.C. ("Pashman") to withdraw as counsel to Michael A. Shabsels, the above-captioned debtor (the "Debtor"), pursuant to section 105(a) of the Bankruptcy Code, Local Rule 9010-2, and N.J. R. Prof. Conduct 1.7 and 1.16(b)(1) & (7); and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this Chapter 11 Case is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED as set forth herein.

2.     Under Local Rule 9010-2, Pashman is authorized and hereby deemed to withdraw as counsel to the Debtor.

3.     The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(Page 3)

Debtor:                  Michael A. Shabsels
Case No.              26-16529 (CMG)
Caption of Order:   Order Granting Motion of Pashman Stein Walder Hayden, P.C. to Withdraw as
                           Counsel to the Debtor

4.       The entry of this Order shall not impact Pashman's representation of the Debtor's

Brother in his pending chapter 11 bankruptcy proceeding.

5.       The Debtor shall serve a copy of this Order on all parties required to receive such

service.

6.       This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.