| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In re:<br><br>MICHAEL AARON SHABSELS,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16529-CMG |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR THE DAMIS DEBTORS TO OBJECT TO THE DEBTOR'S DISCHARGE AND THE DISCHARGEABILITY OF DEBT**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby ordered.

**WHEREAS**, on June 4, 2026, Michael Aaron Shabsels (the "Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") commencing the above-captioned chapter 11 case (the "Chapter 11 Case");

**WHEREAS**, the meeting of creditors pursuant to section 341 of the Bankruptcy Code was first set for July 17, 2026;

**WHEREAS**, DAMIS Holdings LLC and certain of its affiliates (the "DAMIS Debtors") are debtors and debtors in possession in the chapter 11 cases being jointly administered under case no. 26-16439 (CMG), pending in the United States Bankruptcy Court for the District of New Jersey, and the DAMIS Debtors are creditors or potential creditors in the above-captioned bankruptcy case and filed a proof of claim in the Chapter 11 Case prior to the August 13, 2026 bar date;

**WHEREAS**, Federal Rule of Bankruptcy Procedure 4007(c) provides that "a complaint to determine whether a debt is dischargeable under § 523(c) must be filed within 60 days after the first date set for the § 341(a) meeting of creditors," but that "[o]n a party in interest's motion filed before the time expires, the court may, after notice and a hearing and for cause, extend the time to file.";

**WHEREAS**, Federal Rule of Bankruptcy Procedure 4004(a)(2) provides that a complaint objecting to a chapter 11 debtor's discharge under Bankruptcy Code § 1141(d)(3) must be filed "before the first date set for the hearing on confirmation.";

**WHEREAS**, the current deadline for filing a complaint to except a debt from discharge under Bankruptcy Code § 523(a)(2), (4), or (6) is September 15, 2026. *See* Docket No. 74; and

**WHEREAS**, good cause exists for the extension of the deadlines described herein, and the Debtor has agreed to extend the DAMIS Debtors' deadline to object to the dischargeability of debt under Bankruptcy Code § 523 and, to the extent applicable, the Debtor's discharge under Bankruptcy Code § 1141(d)(3), through and including November 16, 2026, without prejudice to the DAMIS Debtors' right to seek further extensions.

**IT IS HEREBY ORDERED** as follows:

1. Pursuant to Fed. R. Bankr. P. 4007, the DAMIS Debtors' deadline to file an adversary proceeding objecting to the dischargeability of debt under 11 U.S.C. § 523 is hereby extended until and including November 16, 2026.

2. To the extent applicable, pursuant to Fed. R. Bankr. P. 4004(a)(2), the DAMIS Debtors' deadline to file a complaint objecting to entry of the Debtor's discharge under 11 U.S.C. § 1141(d)(3) is hereby extended until and including November 16, 2026.

The undersigned hereby stipulate to the relief set forth herein and consent to the form and entry of the within Consent Order:

| | |
|---|---|
| Dated: September 9, 2026<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>By: _/s/ Michael P. Pompeo_<br>Michael P. Pompeo<br>600 Campus Drive<br>Florham Park, NJ 07932<br>(973) 549-7000 (Telephone)<br>(973) 360-9831 (Facsimile)<br>michael.pompeo@faegredrinker.com<br><br>-and-<br><br>Patrick A. Jackson (*pro hac vice*)<br>Ian J. Bambrick (*pro hac vice*)<br>Sarah E. Silveira (*pro hac vice*)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200 (Telephone)<br>(302) 467-4201 (Facsimile)<br>patrick.jackson@faegredrinker.com<br>ian.bambrick@faegredrinker.com<br>sarah.silveira@faegredrinker.com<br><br>*Counsel to the DAMIS Debtors*<br><br>-and-<br><br>**HERBERT SMITH FREEHILLS KRAMER (US) LLP**<br>Adam C. Rogoff*<br>Megan M. Wasson*<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 (Telephone) | Dated: September 9, 2026<br><br>**LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.**<br><br>By: _/s/ Douglas Tabachnik_<br>DOUGLAS TABACHNIK<br>Douglas T. Tabachnik<br>63 West Main St., Suite C<br>Freehold, NJ 07728<br>(732) 780-2760 (Telephone)<br>dtabachnik@dttlaw.com<br><br>*Proposed Counsel to the Debtor* |

| | |
|---|---|
| (212) 715-8000 (Facsimile)<br>adam.rogoff@hsfkramer.com<br>megan.wasson@hsfkramer.com<br>**pro hac vice application pending*<br><br>*Proposed Co-Counsel to the DAMIS Debtors* | |



DMS_US.379311823.1