UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE
**Caption in accordance with DNJ LBR 9004-1(b)**

**Law Offices of Douglas T. Tabachnik, P.C.**
Douglas T. Tabachnik, Esq.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
E-mail: dtabachnik@dttlaw.com
Proposed Counsel for the Debtor and the
Debtor in Possession

| | |
|---|---|
| In re:<br><br>**MICHAEL AARON SHABSELS**,<br><br>Debtor in possession. | Chapter 11<br>Case No.: **26-16529-CMG** |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

Michael A. Shabsels, as a debtor and debtor in possession (the "Debtor"), submits his Schedules of Assets and Liabilities and Statement of Financial Affairs pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The information contained in the Schedules and Statement was provided by the Debtor and is unaudited. The Debtor cannot confirm that the information provided is complete and accurate; the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information based on information that was available at the time of preparation. The filing of the Schedules and Statements is subject to the circumstances, limitations and reservations set forth below. The subsequent receipt or discovery of information, if any, may result in material changes in financial and other data contained in the Schedules and Statement.

### I. Limitations.

These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in each of the Schedules or Statements. Information disclosed in one Schedule, Statement, exhibit, attachment or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in any of the other Schedules, Statements, exhibits or continuation sheets, to which the relevance of such disclosure is reasonably apparent from the text of such disclosure.

**The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to the financial conditions, events or performance of any of the Debtor.**

**II. Background.**

The circumstances surrounding the commencement of the Debtor's cases were extraordinary and materially affected the Debtor's ability to access and marshal information about his financial and business affairs. On June 4, 2026 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Counsel for the Debtor simultaneously filed a voluntary petition under Title 11, Chapter 11 case for the Debtor's brother, David Shabsels. It was shortly thereafter discovered that there were potential conflicts between the two clients, and the Debtor's counsel determined it was conflicted and moved to withdraw from representation of the Debtor.

At the same time, the Debtor's principal business entities with respect to which he was and is a 50% owner, Simad Holdings, LLC, and Dimas Holdings, LLC, filed respective Chapter 11 bankruptcies, with a chief restructuring officer or other third parties taking control of the operations and assets as well as the financial records of each. Each of the corporate entities that hold controlling interests and ownership of dozens of subsidiary entities then owned and operated real estate interests throughout the eastern seaboard of the United States as well as a robust consortium of day and sleepaway camps for young children. Accordingly, the Debtor's access to business records pertaining to his involvement with the two businesses as well as the creditors and codebtors involved therein is largely inaccessible to him.

**III. Reservation of Rights and Safe Harbor.**

The Debtor reserves the right to amend the Schedules and Statements as necessary or appropriate. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtor reserves his right to dispute, or assert offsets, setoffs or defenses to any claim or matter reflected on the Schedules and Statements as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

In accordance therewith, and given the unique circumstances presented herein, the Debtor and his professionals are entitled to invoke and reserve all rights, protections and "safe harbors" in connection herewith.

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): 26-16529-CMG

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ 500,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ 377,135.26 |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ 877,135.26 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 4,853,084.13 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 813,524,409.02 |
| **Your total liabilities** | $ 818,377,493.15 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 30,596.00 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☒ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ ______

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael Aaron Shabsels | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number 26-16529-CMG

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

275 MAIN ST
Street address, if available, or other description

WESTHAMPTON BEACH NY 11978
City State ZIP Code

Suffolk
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| Unknown | Unknown |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Tenancy by the Entirety

☐ **Check if this is community property** (see instructions)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

If you own or have more than one, list here:

1.2

500 43RD ST
Apt 27E
Street address, if available, or other description

NEW YORK NY 10036
City State ZIP Code

New York
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000,000.00 | $500,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenant

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Owned with David Shabsels

---

If you own or have more than one, list here:

1.3

444 East 58th Street
Apt 3B-C
Street address, if available, or other description

New York NY 10022
City State ZIP Code

New York
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| Unknown | Unknown |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entirety

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>** $500,000.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: Lincoln
Model: Navigator
Year: 2023
Approximate mileage: 50000
Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $39,000.00 | $39,000.00 |

3.2 Make: Mercedes Benz
Model: GLC
Year: 2022
Approximate mileage:
Other information:
Car was surrendured September 2026

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $17,390.00 | $17,390.00 |

3.3 Make: Cadillac
Model: XT5
Year: 2024
Approximate mileage:
Other information:
Automobile was surrendered September 2026

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $18,710.00 | $18,710.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** $75,100.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

Furniture; Art-- Unknown value — Unknown

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

Various electronics, 8 tvs, 2 computers (desktops) — $1,500.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Sporting goods, skis, related equipment | $200.00 |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☒ No
☐ Yes. Describe.....

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Jewelry | $3,000.00 |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................** $4,700.00

**Part 4:** **Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.................................................................................................................

| | |
|---|---|
| Cash | $1,000.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................ Institution name:

| | | Institution name | |
|---|---|---|---|
| 17.1. | Checking | TD Bank | $48,151.38 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| To be identified | unknown % | $0.00 |
| SIMAD Holdings LLC; SIMAD Holdings, Ltd., DAMIS Holdings, LLC | 50 % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Morgan Stanley | $2,895.68 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☒ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| prepayment for legal fees for bankruptcy proceedings | Pashman Stein Walder Hayden P.C. | $128,475.00 |
| Other | Verdolino & Lowey (Accounting Deposit) | $25,000.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
☒ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| New York 529 College savings program direct plan<br>PO Box 55440<br>Boston, MA 02205-8323 | $39,970.99 |
| NY 529 College Savings Program<br>PO Box 55440<br>Boston, MA 02205 | $51,842.21 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes. Describe each claim.........

| | |
|---|---|
| Potential claims against those certain MCA/High interest rate lenders | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................** $297,335.26

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................ | | | $500,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $75,100.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $4,700.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $297,335.26 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $377,135.26 | Copy personal property total | $377,135.26 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $877,135.26 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing):
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): 26-16529-CMG

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 275 MAIN ST, WESTHAMPTON BEACH, NY 11978<br>Suffolk County<br>Line from *Schedule A/B*: 1.1 | Unknown | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| 275 MAIN ST, WESTHAMPTON BEACH, NY 11978<br>Suffolk County<br>Line from *Schedule A/B*: 1.1 | Unknown | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | NY CLS EPTL § 6-2.2(c) |
| 275 MAIN ST, WESTHAMPTON BEACH, NY 11978<br>Suffolk County<br>Line from *Schedule A/B*: 1.1 | Unknown | ☒ $5,394,257.53<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) 11 U.S.C. ? 522(b)(3)(B) tenanvy by the entirety |
| 444 East 58th Street<br>Apt 3B-C, New York, NY 10022<br>New York County<br>Line from *Schedule A/B*: 1.3 | Unknown | ☒ $204,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| 444 East 58th Street<br>Apt 3B-C, New York, NY 10022<br>New York County<br>Line from *Schedule A/B*: 1.3 | Unknown | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | NY CLS EPTL § 6-2.2(c) |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 444 East 58th Street<br>Apt 3B-C, New York, NY 10022<br>New York County<br>Line from *Schedule A/B*: 1.3 | Unknown | ☒ $368,854.32<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) 11 U.S.C. ? 522(b)(3)(B) Tenancy by the entirety |
| Furniture; Art-- Unknown value<br>Line from *Schedule A/B*: 6.1 | Unknown | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Various electronics, 8 tvs, 2 computers (desktops)<br>Line from *Schedule A/B*: 7.1 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(7) |
| Sporting goods, skis, related equipment<br>Line from *Schedule A/B*: 9.1 | $200.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Jewelry<br>Line from *Schedule A/B*: 12.1 | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Jewelry<br>Line from *Schedule A/B*: 12.1 | $3,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $1,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 283(2) |
| TD Bank<br>Line from *Schedule A/B*: 17.1 | $48,151.38 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(d)(2) |
| TD Bank<br>Line from *Schedule A/B*: 17.1 | $48,151.38 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| TD Bank<br>Line from *Schedule A/B*: 17.1 | $48,151.38 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 283(1) |
| Morgan Stanley<br>Line from *Schedule A/B*: 21.1 | $2,895.68 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 29 U.S.C. § 1056(d) |
| Morgan Stanley<br>Line from *Schedule A/B*: 21.1 | $2,895.68 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Pursuant to NY CPLR 5205(j), Designated beneficiary is Debtor's son<br>NY 529 College Savings Program<br>PO Box 55440<br>Boston, MA 02205<br>Line from *Schedule A/B*: 24.2 | $51,842.21 | ☐ ________<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(j) |
| Pursuant to said New York CPLR 5205(j) account beneficiary is Debtor's daughter<br>New York 529 College savings program direct plan<br>PO Box 55440<br>Boston, MA 02205-8323<br>Line from *Schedule A/B*: 24.1 | $39,970.99 | ☐ ________<br>☒ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(j) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

  ☐ No

  ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels (First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): 26-16529-CMG

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 CADILLAC FINANCIAL LEASING | $17,000.00 | $18,710.00 | $0.00 |
| 2.2 Central Loan Admin & R | $22,185.00 | $0.00 | $0.00 |

**2.1** CADILLAC FINANCIAL LEASING
Creditor's Name

P.O. Box 181145
Arlington, TX 76096-1145
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2024 Cadillac XT5 Automobile was surrendered September 2026

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Lease

**Date debt was incurred** 12/11/2024 **Last 4 digits of account number** 2287

**2.2** Central Loan Admin & R
Creditor's Name

PO Box 77404
Ewing, NJ 08628-6404
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 2011-03 **Last 4 digits of account number** 0735



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels (First Name, Middle Name, Last Name) Case number (if known) 26-16529-CMG

**2.3** Central Loan Admin & R
Creditor's Name
POB 77423
Ewing, NJ 08628
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 275 MAIN ST, WESTHAMPTON BEACH, NY 11978 Suffolk County

$1,105,742.47 | Unknown | $1,105,742.47

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** 4122

---

**2.4** JP Morgan Chase Bank, N.A.
Creditor's Name
JPMorgan Chase Bank, N.A.
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 444 East 58th StreetApt 3B-C, New York, NY 10022 New York County

$626,320.68 | Unknown | $626,320.68

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) First Mortgage

**Date debt was incurred** ______ **Last 4 digits of account number** 2959

---

**2.5** Lincoln Financial Services
Creditor's Name
PO Box 220564
Pittsburgh, PA 15257
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2023 Lincoln Navigator 50000 miles

$54,666.23 | $39,000.00 | $15,666.23

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** 1476



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels (First Name / Middle Name / Last Name) Case number (if known) 26-16529-CMG

**2.6** Mercedes-Benz Financial
Creditor's Name

Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2022 Mercedes Benz GLC
Car was surrendured September 2026

Unknown | $17,390.00 | $0.00

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Purchase Money Security

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.7** Mizzen Capital II, LLP
Creditor's Name

One Stamford Plaza
Owned with Davis Shabels
Stamford, CT 06901
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 500 43RD STApt 27E, NEW YORK, NY 10036
New York County Owned with David Shabsels

$3,000,000.00 | $1,000,000.00 | $2,000,000.00

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** XXXX

---

**2.8** TD Auto Finance
Creditor's Name

PO Box 100295
Columbia, SC 29202
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2022 Mercedes Benz GLC
Car was surrendured September 2026

$27,169.75 | $17,390.00 | $9,779.75

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Purchase Money Security

**Date debt was incurred** 9/29/2022 **Last 4 digits of account number** 0807

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $4,853,084.13 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $4,853,084.13 |

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels — Case number (if known) 26-16529-CMG
First Name Middle Name Last Name

**debts in Part 1, do not fill out or submit this page.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 Michael Aaron Shabsels
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number 26-16529-CMG
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 Ace Funding Source
Nonpriority Creditor's Name
295 Madison Ave., 12th Fl.
New York, NY 10017
Number Street City State Zip Code

**Last 4 digits of account number**

**Total claim:** $0.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Confession of Judgment


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.2 Agile Lending LLC
Nonpriority Creditor's Name
244 Madison Ave, Suite 168
New York, NY 10016
Number Street City State Zip Code

**Last 4 digits of account number** $2,040,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.3 Agile Lending LLC
Nonpriority Creditor's Name
244 Madison Ave, Suite 168
New York, NY 10016
Number Street City State Zip Code

**Last 4 digits of account number** $1,500,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.4 American Choice Capital LLC
Nonpriority Creditor's Name
1967 Wehrle Drive, Suite 1-086
Buffalo, NY 14221
Number Street City State Zip Code

**Last 4 digits of account number** $1,499,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.5 American Choice Capital LLC
Nonpriority Creditor's Name
1967 Wehrle Drive, Suite 1-086
Buffalo, NY 14221
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$2,550,000.00

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.6 Amex
Nonpriority Creditor's Name
PO Box 981537
El Paso, TX 79998-1537
Number Street City State Zip Code

**Last 4 digits of account number** 1283
**When was the debt incurred?** 2023-12
$3,736.00

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Open account

---

4.7 Ascend Bank
Nonpriority Creditor's Name
PO Box 369
Guilford, CT 06437
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$0.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.8 Ascend Bank
Nonpriority Creditor's Name
One Park Street
Plainfield, CT 06374
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$16,250,000.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.9 **Austin Business Finance, LLC** — Last 4 digits of account number: — **$1,335,150.00**

Nonpriority Creditor's Name
1949 S, 1-35 Frontage Road,
Suite 400
Austin, TX 78741
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.10 **Austin Business Finance, LLC** — Last 4 digits of account number: — **$1,335,000.00**

Nonpriority Creditor's Name
1949 S t-35 Frontage Road
Austin, TX 78741
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.11 **Bank Iowa** — Last 4 digits of account number: — **$14,500,000.00**

Nonpriority Creditor's Name
1150 Jordan Creek Parkway
West Des Moines, IA 50266
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.12

Bank Iowa
Nonpriority Creditor's Name
1150 Jordan Creek Parkway
West Des Moines, IA 50266
Number Street City State Zip Code

**Last 4 digits of account number**

$500,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.13

Bank Iowa
Nonpriority Creditor's Name
1150 Jordan Creek Parkway
West Des Moines, IA 50266
Number Street City State Zip Code

**Last 4 digits of account number**

$912,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.14

Bank of America N.A.
Nonpriority Creditor's Name
Gateway Village - 900 Building
900 W Trade Street
Charlotte, NC 28255
Number Street City State Zip Code

**Last 4 digits of account number**

$0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.15

Bank of America N.A.
Nonpriority Creditor's Name
Gateway Village - 900 Building
900 W Trade Street
Charlotte, NC 28255
Number Street City State Zip Code

**Last 4 digits of account number**

$3,799,068.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.16

Bank of New Hampshire
Nonpriority Creditor's Name
62 Pleasant Street
Plymouth, NH 03264
Number Street City State Zip Code

**Last 4 digits of account number**

$11,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.17

Bank of New Hampshire
Nonpriority Creditor's Name
62 Pleasant Street
Plymouth, NH 03264
Number Street City State Zip Code

**Last 4 digits of account number**

$27,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.18
Bank of New Hampshire
Nonpriority Creditor's Name
62 Pleasant Street
Plymouth, NH 03264
Number Street City State Zip Code

**Last 4 digits of account number**

$6,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.19
Benlolo, Jeremy David
Nonpriority Creditor's Name
c/o Tarter Krinsky & Drogin LLP
1350 BROADWAY FL 11

New York, NY 10018-0947
Number Street City State Zip Code

**Last 4 digits of account number**

$3,500,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.20
Berkshire Bank
Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

$14,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

**4.21** BLOC Funding — Nonpriority Creditor's Name

Last 4 digits of account number: ______ — $2,235,000.00

When was the debt incurred? ______

Number Street City State Zip Code: ______

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.22** Busey Bank — Nonpriority Creditor's Name

7980 Summerlin lakes Drive
Fort Myers, FL 33907
Number Street City State Zip Code

Last 4 digits of account number: ______ — $4,040,000.00

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.23** Camping Management Corporation — Nonpriority Creditor's Name

185 Pine Forest Camp Road
Greeley, PA 18425
Number Street City State Zip Code

Last 4 digits of account number: ______ — $3,860,000.00

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.24** Chataaugay Lake Camp Inc
Nonpriority Creditor's Name
233 Gadway Road
Lyon Mountain, NY 12955
Number Street City State Zip Code

**Last 4 digits of account number**

**$1,045,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.25** Clearview Funding Group
Nonpriority Creditor's Name
515 Broadhollow Road
Melville, NY 11747
Number Street City State Zip Code

**Last 4 digits of account number**

**$1,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.26** Community Bank N.A.
Nonpriority Creditor's Name
64-70 Market Street
Potsdam, NY 13676
Number Street City State Zip Code

**Last 4 digits of account number**

**$2,775,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.27

E Advance Services Ll.C
Nonpriority Creditor's Name

Number Street City State Zip Code

Last 4 digits of account number

$1,459,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.28

Easthampton Savings Bank
Nonpriority Creditor's Name
36 Main Street
Easthampton, MA 01027
Number Street City State Zip Code

Last 4 digits of account number

$2,800,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.29

Easthampton Savings Bank
Nonpriority Creditor's Name
36 Main Street
Easthampton, MA 01027
Number Street City State Zip Code

Last 4 digits of account number

$6,650,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.30

Easthampton Savings Bank
Nonpriority Creditor's Name
36 Main Street
Easthampton, MA 01027
Number Street City State Zip Code

**Last 4 digits of account number** $6,750,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.31

Fairpark Capital LLC
Nonpriority Creditor's Name
250 E 200 South Unit 1626
Salt Lake City, UT 84111
Number Street City State Zip Code

**Last 4 digits of account number** $2,500,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.32

Farmers and Merchants State Bank
Nonpriority Creditor's Name
1208 W, White River Boulevard,
Suite 102
Muncie, IN 47303
Number Street City State Zip Code

**Last 4 digits of account number** $9,200,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.33 **Fidelity** — $0.00

Nonpriority Creditor's Name: Fidelity
Number Street City State Zip Code: 3829 Veterans Memorial Blvd. Metairie, LA 70002

Last 4 digits of account number:
When was the debt incurred?

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.34 **Fidelity** — $20,000,000.00

Nonpriority Creditor's Name: Fidelity
Number Street City State Zip Code: 3829 Veterans Memorial Blvd. Metairie, LA 70002

Last 4 digits of account number:
When was the debt incurred?

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.35 **Fidelity Co-Operative Bank** — $0.00

Nonpriority Creditor's Name: Fidelity Co-Operative Bank
Number Street City State Zip Code: 9 Loeminster Connector Leominster, MA 01453

Last 4 digits of account number:
When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.36 **Fidelity Co-Operative Bank** — $21,000,000.00

Nonpriority Creditor's Name
9 Loeminster Connector
Leominster, MA 01453
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.37 **FinWise Bank** — $7,500,000.00

Nonpriority Creditor's Name
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.38 **First Financial Bank** — $0.00

Nonpriority Creditor's Name
255 East Fifth Street
Cincinnati, OH 45202
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.39 First Financial Bank
Nonpriority Creditor's Name
Attn: Mark D. Bicker, Lending Officer
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

**Last 4 digits of account number** $13,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.40 First Financial Bank
Nonpriority Creditor's Name
Attn: Mark D. Bicker, Lending Officer
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

**Last 4 digits of account number** $15,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.41 First Financial Bank
Nonpriority Creditor's Name
400 Pine Street
Abilene, TX 79604
Number Street City State Zip Code

**Last 4 digits of account number** $8,400,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.42** First Financial Bank — Nonpriority Creditor's Name
Attn: Ccommerical File
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

**Last 4 digits of account number** ______ **$19,500,000.00**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.43** First Financial Bank — Nonpriority Creditor's Name
Attn: Commercial File
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

**Last 4 digits of account number** ______ **$10,450,000.00**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.44** First Financial Bank — Nonpriority Creditor's Name
Attn: Commercial File
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

**Last 4 digits of account number** ______ **$12,375,000.00**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.45 First Financial Bank
Nonpriority Creditor's Name
Attn: Commercial File
225 Pictoria Drive
Cincinnati, OH 45246
Number Street City State Zip Code

Last 4 digits of account number

$10,800,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.46 First Merchants Bank
Nonpriority Creditor's Name
200 East Jackson Street
Muncie, IN 47305
Number Street City State Zip Code

Last 4 digits of account number

$7,200,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.47 First National Bank of McGregor
Nonpriority Creditor's Name
P.O. Box. 387
Mc Gregor, TX 76657
Number Street City State Zip Code

Last 4 digits of account number

$5,325,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.48** First National Bank of McGregor — Nonpriority Creditor's Name
P.O Box 387
Mc Gregor, TX 76657
Number Street City State Zip Code

**Last 4 digits of account number**
$4,500,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.49** First Tech. Fed. Credit Union — Nonpriority Creditor's Name
PO Box 2100
Beaverton, OR 97075
Number Street City State Zip Code

**Last 4 digits of account number**
$0.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.50** First Technology Federal Credit Union — Nonpriority Creditor's Name
PO Box 2100
Attention: Commercial Lending
Beaverton, OR 97075
Number Street City State Zip Code

**Last 4 digits of account number**
$17,085,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

**4.51**

First Technology Federal Credit Union
Nonpriority Creditor's Name
PO Box 2100
Attention: Commercial Lending
Beaverton, OR 97075
Number Street City State Zip Code

**Last 4 digits of account number** — $13,767,585.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.52**

First Technology Federal Credit Union
Nonpriority Creditor's Name
PO Box 2100
Attention: Commercial Lending
Beaverton, OR 97075
Number Street City State Zip Code

**Last 4 digits of account number** — $28,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.53**

Freddie Mac
Nonpriority Creditor's Name
8200 Jones Branch Drive
Mc Lean, VA 22102
Number Street City State Zip Code

**Last 4 digits of account number** — $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.54** Funders App, LLC
Nonpriority Creditor's Name
30 E. Broadway
Suite 203-1216
Salt Lake City, UT 84111
Number Street City State Zip Code

**Last 4 digits of account number**

**$4,500,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.55** Funding Club LLC
Nonpriority Creditor's Name
915 Middle River Drive
Suite 306
Fort Lauderdale, FL 33304
Number Street City State Zip Code

**Last 4 digits of account number**

**$2,980,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.56** FZA Note Buyers LLC
Nonpriority Creditor's Name
1560 Sawgrass Corporate Parkway
Suite 479
Fort Lauderdale, FL 33323
Number Street City State Zip Code

**Last 4 digits of account number**

**$2,725,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.57** Goba Capital. Inc. — $4,325,000.00

Nonpriority Creditor's Name
1 Alhambra Plaza #1100
Miami, FL 33134
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.58** Heartland Bank and Trust Company — $9,600,000.00

Nonpriority Creditor's Name
401 N. Hershey Road
Attn: Kurt Rudsinski
Bloomington, IL 61702
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.59** Heritage Jaguar of Freeport — $80,985.00

Nonpriority Creditor's Name
146 West Sunrise Highway
Freeport, NY 11520
Number Street City State Zip Code

**Last 4 digits of account number** 1460
**When was the debt incurred?** 2007-12
**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.60 Hometown Bank
Nonpriority Creditor's Name
31 Sutton Avenue
Oxford, MA 01540
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
$0.00

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.61 HomeTrust Bank
Nonpriority Creditor's Name
PO Box 950
Asheville, NC 28802
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
$2,000,000.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.62 Inland Bank and Trust
Nonpriority Creditor's Name
2805 Butterfield Road
Oak Brook, IL 60523
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?
$5,120,000.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.63** Kennebec Savings Bank
Nonpriority Creditor's Name
150 State Street
Augusta, ME 04330
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$14,250,000.00

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.64** Kennebec Savings Bank
Nonpriority Creditor's Name
25 Colonial Dr.
Trumbull, CT 06611
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$0.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.65** KeyBank
Nonpriority Creditor's Name
P.O. Box 5788
Attn: loan client services
Cleveland, OH 44101-0788
Number Street City State Zip Code

**Last 4 digits of account number** 1460
**When was the debt incurred?**
$81,142.27

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Personal loan

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.66** Libertas
Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$10,000,000.00**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.67** LNS Group LLC
Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$8,835,000.00**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.68** Iska Investments, Order of Mark Allayev
Nonpriority Creditor's Name
3323 Northeast 163rG Street
Suite 401
North Miami Beach, FL 33160
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$2,000,000.00**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.69

Max Credit Union
Nonpriority Creditor's Name
P.O, Box 244040
Montgomery, AL 36124
Number Street City State Zip Code

Last 4 digits of account number
$5,600,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.70

Metropolitan Partners Grp Administratio
Nonpriority Creditor's Name
850 Third Avenue, 18th Floor
Attn: Paul Lisiak
New York, NY 10022
Number Street City State Zip Code

Last 4 digits of account number
$30,000,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.71

Mizz
Nonpriority Creditor's Name

Number Street City State Zip Code

Last 4 digits of account number
$10,000,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.72 Mizzen Capital, II LP
Nonpriority Creditor's Name
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
Number Street City State Zip Code

Last 4 digits of account number

$5,000,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.73 Mizzen Capital, II LP
Nonpriority Creditor's Name
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
Number Street City State Zip Code

Last 4 digits of account number

$1,000,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.74 Mizzen Capital, II LP
Nonpriority Creditor's Name
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901
Number Street City State Zip Code

Last 4 digits of account number

$5,200,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

**4.75** Mulligan
Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$10,000,000.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.76** National Grid
Nonpriority Creditor's Name
260 Airport Plaza Blvd
Farmingdale, NY 11735-3946
Number Street City State Zip Code

**Last 4 digits of account number** 5052

**When was the debt incurred?** 2026-04

$405.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Open account

---

**4.77** NBT Bank N.A.
Nonpriority Creditor's Name
701 Route 9, Suite 7
Germantown, NY 12526
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$8,000,000.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.78 **Newco Capital Group VI LLC**
Nonpriority Creditor's Name
One Whltethall Street, 2nd Floor
New York, NY 10004
Number Street City State Zip Code

**Last 4 digits of account number**

**$12,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.79 **North Avenue Capital, LLC**
Nonpriority Creditor's Name
818 A1A N 300
Ponte Vedra Beach, FL 32082
Number Street City State Zip Code

**Last 4 digits of account number**

**$9,500,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.80 **North Avenue Capital, LLC**
Nonpriority Creditor's Name
818 A1A N 300
Ponte Vedra Beach, FL 32082
Number Street City State Zip Code

**Last 4 digits of account number**

**$7,300,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.81 Northern Bank & Trust Company — Last 4 digits of account number: — $0.00
Nonpriority Creditor's Name
275 Mishawum Rd.
Woburn, MA 01801
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.82 Northern Bank and Trust Company — Last 4 digits of account number: — $39,000,000.00
Nonpriority Creditor's Name
275 MIshawum Road
Woburn, MA 01801
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.83 Ocean Funding Corp — Last 4 digits of account number: — $2,500,000.00
Nonpriority Creditor's Name
2941 West Cypress Creek Road,
Suit8 10
Fort Lauderdale, FL 33308
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

---

4.84

Ocean Funding Corp
Nonpriority Creditor's Name
2941 NW 62nd Street, Suite 201
Fort Lauderdale, FL 33309
Number Street City State Zip Code

Last 4 digits of account number

$3,000,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.85

Orca Funding LLC
Nonpriority Creditor's Name
100 Town Canter Drive, Suite 300
Oxnard, CA 93036
Number Street City State Zip Code

Last 4 digits of account number

$4,000,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

4.86

Orca Funding LLC
Nonpriority Creditor's Name
33 East 33rd Street
New York, NY 10016
Number Street City State Zip Code

Last 4 digits of account number

$1,400,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

| 4.87 | Provident Bank | Last 4 digits of account number | | $1,800,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
10 Woodbridge Center, Drive, 3rd Floor
Woodbridge, NJ 07095
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

| 4.88 | Putnam County Savings Bank | Last 4 digits of account number | | $1,300,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
2477 Route 6
Brewster, NY 10509
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

| 4.89 | Putnam County Savings Bank | Last 4 digits of account number | | $300,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
2477 Route 6
Brewster, NY 10509
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

**4.90** Redstone Advance Inc. — **Last 4 digits of account number** — $3,500,000.00

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**4.91** Robert Siff — **Last 4 digits of account number** — $800,000.00

Nonpriority Creditor's Name

Jason M. Jabar, Esq.
Jabar Laliberty
One Center Street
Waterville, ME 04901

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**4.92** S and T Bank — **Last 4 digits of account number** — $0.00

Nonpriority Creditor's Name

205 Granite Run Drive
Lancaster, PA 17601

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.93** S and T Bank
Nonpriority Creditor's Name
A1tn: Kathryn L Wix, Vice President,
205 Granite Run Drive, Suite 380
Lancaster, PA 17601
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$14,475,000.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.94** Slomins, INc.
Nonpriority Creditor's Name
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?** 8/16/20211
$1,513.00

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Judgement

---

**4.95** Southern State Bank
Nonpriority Creditor's Name
20 Oak Hill Boulevard
Newnan, GA 30265
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$10,000,000.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.96** Southern States Bank — Nonpriority Creditor's Name
20 Oak Hill Blvd.
Newnan, GA 30265
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
Amount: $0.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.97** Sunrise Credit Services, Inc. — Nonpriority Creditor's Name
260 Airport Plaza Blvd
Farmingdale, NY 11735-3946
Number Street City State Zip Code

**Last 4 digits of account number** 5052
**When was the debt incurred?** 2025-11
Amount: $405.00

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Unknown account

---

**4.98** TD Auto Finance — Nonpriority Creditor's Name
PO Box 100295
Columbia, SC 29202
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
Amount: $27,169.75

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.99 The Bank of Greene County
Nonpriority Creditor's Name
341 Main Street
Catskill, NY 12414
Number Street City State Zip Code

Last 4 digits of account number
$246,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.100 The Marchant Marketplace Holdings Corp.
Nonpriority Creditor's Name
2777 Summer Street. Suite 501
Stamford, CT 06905
Number Street City State Zip Code

Last 4 digits of account number
$1,350,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.101 The Marchant Marketplace Holdings Corp.
Nonpriority Creditor's Name
2777 Summer Street. Suite 501
Stamford, CT 06905
Number Street City State Zip Code

Last 4 digits of account number
$675,000.00
When was the debt incurred?
As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.1 02

The Marchant Marketplace Holdings Corp.
Nonpriority Creditor's Name
2777 Summer Street. Suite 501
Stamford, CT 06905
Number Street City State Zip Code

**Last 4 digits of account number**

$2,500,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1 03

Tideway Capital Funding LLC
Nonpriority Creditor's Name
55 Northern Boulevard, Suite 202
Great Neck, NY 11021
Number Street City State Zip Code

**Last 4 digits of account number**

$60,000,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.1 04

Transparency Advance
Nonpriority Creditor's Name
29 W 36th Street
New York, NY 10016
Number Street City State Zip Code

**Last 4 digits of account number**

$3,750,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.1 05

Tristate Capital Bank
Nonpriority Creditor's Name
Attn: CRE Loan Administration
One Oxford Centre, Suite 2700
Pittsburgh, PA 15219
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$28,000,000.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1 06

TriState Capital Bank
Nonpriority Creditor's Name
301 Grant Street
One Oxford Centre, Suite 2700

Pittsburgh, PA 15219
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$0.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1 07

United States of America
Nonpriority Creditor's Name
David J Kennedy
U.S. Attorney's Office, SDNY
86 Chambers Street

New York, NY 10007
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$0.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.1
08

United States of America ex rel Bellotto
Nonpriority Creditor's Name
David J Kennedy, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
Number Street City State Zip Code

**Last 4 digits of account number** $0.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Qui Tam Claim

---

4.1
09

Vault 26 Capital LLC
Nonpriority Creditor's Name
175 Great Neck Road, Suite 203
Great Neck, NY 11021
Number Street City State Zip Code

**Last 4 digits of account number** $3,000,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1
10

Vault 26 Capital LLC
Nonpriority Creditor's Name
175 Great Neck Road, Suite 203
Great Neck, NY 11021
Number Street City State Zip Code

**Last 4 digits of account number** $1,500,000.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.1 11

Visions Federal Credit Union
Nonpriority Creditor's Name
24 McKinley Ave.
Endicott, NY 13760
Number Street City State Zip Code

Last 4 digits of account number

$0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1 12

Visions Federal Credit Union
Nonpriority Creditor's Name
24 McKinley Avenue
Attn: Member Business Loans
Endicott, NY 13760
Number Street City State Zip Code

Last 4 digits of account number

$18,650,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

4.1 13

Wayne Bank
Nonpriority Creditor's Name
717 Main Street
Honesdale, PA 18431
Number Street City State Zip Code

Last 4 digits of account number

$0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

4.1 14

Wayne Bank
Nonpriority Creditor's Name
717 Main Street
Honesdale, PA 18431
Number Street City State Zip Code

**Last 4 digits of account number**

$2,975,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

4.1 15

Wayne Bank
Nonpriority Creditor's Name
145 West Main Street
Cambridge City, IN 47327
Number Street City State Zip Code

**Last 4 digits of account number**

$15,312,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

4.1 16

Wayne Bank
Nonpriority Creditor's Name
717 Main Street
Honesdale, PA 18431
Number Street City State Zip Code

**Last 4 digits of account number**

$6,288,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.1 17** Wayne Bank — $7,500,000.00
Nonpriority Creditor's Name
717 Main Street
Honesdale, PA 18431
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.1 18** Wayne Bank — $8,500,000.00
Nonpriority Creditor's Name
717 Main Street
Honesdale, PA 18431
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---

**4.1 19** Windsor Federal Credit Savings and Loan — $6,825,000.00
Nonpriority Creditor's Name
250 Broad Street
Windsor, CT 06095
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Guarantee Claim

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.1 20** Woodforest National Bank — **$19,500,000.00**

Nonpriority Creditor's Name
PO Box 7889
Spring, TX 77387
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.1 21** Wynwood Capital Group LLC — **$3,000,000.00**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

**4.1 22** Wynwood Capital Group LLC — **$5,811,250.00**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Guarantee Claim

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.6 of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Michael Yazdan, Esq.
79 Watermill Lane

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.19 of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Great Neck, NY 11021

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sunrise Credit Service<br>260 Airport Plaza Blvd<br>Farmingdale, NY 11735-3946 | Line 4.76 of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Sunrise Credit Services, Inc.<br>Attn: Bankruptcy<br>PO Box 9004<br>Melville, NY 11747-9004 | Line 4.76 of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Sunrise Credit Services, Inc.<br>Attn: Bankruptcy<br>PO Box 9004<br>Melville, NY 11747-9004 | Line 4.97 of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 813,524,409.02 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 813,524,409.02 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael Aaron Shabsels | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION | | |
| Case number (if known) | 26-16529-CMG | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | 444-446 58th East Owners Corp.<br>c/o New Bedford Management Corp.<br>210 East 23rd Street, 5th Floor<br>New York, NY 10010 | Proprietary lease for coop apartment for 3B |
| 2.2 | CADILLAC FINANCIAL LEASING<br>P.O. Box 181145<br>Arlington, TX 76096-1145 | Auto |
| 2.3 | Heritage Jaguar of Freeport<br>146 West Sunrise Highway<br>Freeport, NY 11520 | 2025 Land Rover Range Rover |
| 2.4 | IPark Imperial Parking<br>425 East 58 Garage Corp.<br>P.O. Box 2004<br>Deptford, NJ 08096 | Garage lease |
| 2.5 | Jason Byrd<br>500 West 43rd Street<br><br>New York, NY 10036 | Lease on apartment |
| 2.6 | Mercedes-Benz FinancialTax<br>Attn: Bankruptcy<br>PO Box 961<br>Roanoke, TX 76262-0961 | Installment account opened 03/01/2020<br>Credit Limit: ?18,591.00, Remaining Balance: ?131.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Aaron Shabsels (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | 26-16529-CMG |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | 1600 Eastchase Parkway Leasing LLC<br>1600 Eastchase Parkway<br>Fort Worth, TX 76120 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.49<br>☐ Schedule G ____<br>First Tech. Fed. Credit Union |
| 3.2 | 1600 Eastchase Parkway Leasing LLC<br>1600 Eastchase Parkway<br>Fort Worth, TX 76120 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.50<br>☐ Schedule G ____<br>First Technology Federal Credit Union |
| 3.3 | 1912 Memorial Dr. Real Estate LLC<br>1912 Memorial Drive<br><br>Waycross, GA 31501 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.4 | 2302 Windsong Drive Real Estate LLC<br>50 Quality Street, #110357<br>Trumbull, CT 06611 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.32<br>☐ Schedule G ____<br>Farmers and Merchants State Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.5 | 4200 Park Avenue Real Estate LLC<br>4200 Park Avenue<br>Weehawken, NJ 07086 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.12<br>☐ Schedule G _____<br>Bank Iowa |
| 3.6 | 4200 Park Avenue Real Estate LLC<br>4200 Park Avenue<br>Weehawken, NJ 07086 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.13<br>☐ Schedule G _____<br>Bank Iowa |
| 3.7 | 45 Commerce Drive Real Estate<br>45 C ommerce Drive<br>Augusta, ME 04330 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.63<br>☐ Schedule G _____<br>Kennebec Savings Bank |
| 3.8 | 4828 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.9 | 4828 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.10 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.11 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.12 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.13 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.14 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.15 | 5707 MacCorkle Avenue Real Estate LLC<br>5707 MacCorckle Avemae Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |
| 3.16 | 6225 Oak Tree Blvd Real Estate LLC<br>6225 Oak Tree Blvd<br>Independence, OH 44131 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.17 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.18 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.19 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.20 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.21 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.22 | 711 Corporate Drive Leasing LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G _____<br>First Financial Bank |
| 3.23 | Belgrade Lakes Summer Camps LLC<br>35 Golf Academy Dr<br>Belgrade, ME 04917 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.24 | Belgrade Lakes Summer Camps LLC<br>35 Golf Academy Dr<br>Belgrade, ME 04917 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.18<br>☐ Schedule G _____<br>Bank of New Hampshire |
| 3.25 | 1000 Acres Holdings LLC<br>465 Warrensburg Road<br>Stony Creek, NY 12878 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.26 | 1101 East Glendale Blvd. Real Estate LLC<br>1101 East Glendale Boulevard<br>Valparaiso, IN 46383 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.27 | 1101 East Glendale Blvd. Real Estate LLC<br>1101 East Glendale Boulevard<br>Valparaiso, IN 46383 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.28 | 1101 East Glendale Boulevard Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.29 | 1101 East Glendale Boulevard Real Estate | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.30 | 11200 West Florissant Avenue Leasing LL<br>11200-11298 West Florissant Avenue<br>Florissant, MO 63033 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.28<br>☐ Schedule G _____<br>Easthampton Savings Bank |
| 3.31 | 11200 West Florissant Avenue Leasing LL<br>11200-11298 West Florissant Avenue<br>Florissant, MO 63033 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.85<br>☐ Schedule G _____<br>Orca Funding LLC |
| 3.32 | 11200 West Florissant Avenue Leasing LL<br>11200-11298 West Florissant Avenue<br>Florissant, MO 63033 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.33 | 1133 Northwest L Street Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.34 | 1133 Northwest L Street Leasing LLC<br>444 East 58th Street, Apt 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.35 | 1133 Northwest L Street Leasing LLC<br>444 East 58th Street, Apt 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.62<br>☐ Schedule G _____<br>Inland Bank and Trust |
| 3.36 | 1133 Northwest L Street Leasing LLC<br>444 East 58th Street, Apt 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.37 | 1133 Northwest L Street Real Estate LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.38 | 1135 East Chocolate Ave. Real Estate LLC<br>1135 East Chocolate Avenue<br>Hershey, PA 17033 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.113<br>☐ Schedule G _____<br>Wayne Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.39 | 1135 East Chocolate Ave. Real Estate LLC<br>1135 East Chocolate Avenue<br>Hershey, PA 17033 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.114<br>☐ Schedule G _____<br>Wayne Bank |
| 3.40 | 12 Cambridge Drive Leasing LLC<br>50 Quallty Street, #110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.28<br>☐ Schedule G _____<br>Easthampton Savings Bank |
| 3.41 | 12 Cambridge Drive Leasing LLC<br>50 Quallty Street, #110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.29<br>☐ Schedule G _____<br>Easthampton Savings Bank |
| 3.42 | 12 Cambridge Drive Leasing LLC<br>50 Quallty Street, #110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.43 | 1323 Augusta W. Parkway Real Estate LLC<br>1323 Augusta West Parkway.<br>Augusta, GA 30909 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.96<br>☐ Schedule G _____<br>Southern States Bank |
| 3.44 | 1323 Augusta W. Parkway Real Estate LLC<br>1323 Augusta West Parkway.<br>Augusta, GA 30909 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.45 | 1323 Augusta W. Parkway Real Estate LLC<br>1323 Augusta West Parkway.<br>Augusta, GA 30909 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.95<br>☐ Schedule G _____<br>Southern State Bank |
| 3.46 | 1323 Augusta West Parkway Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.47 | 1323Augusta West Parkway Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.48 | 1401 1 US Highway 49 B Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.49 | 1401 1 US Highway 49 B Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G ____<br>Fairpark Capital LLC |
| 3.50 | 1401 1 US Highway 49 B Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.80<br>☐ Schedule G ____<br>North Avenue Capital, LLC |
| 3.51 | 1401 1 US Highway 49 B Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G ____<br>Transparency Advance |
| 3.52 | 1401 Us Highway 49b Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.53 | 149 Emerald St Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.54 | 149 Emerald Street Leasing LLC<br>14g Emera Street<br>Keene, NH 03431 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.55 | 149 Emerald Street Leasing LLC<br>14g Emera Street<br>Keene, NH 03431 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.28<br>☐ Schedule G ____<br>Easthampton Savings Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.56 | 149 Emerald Street Leasing LLC<br>14g Emera Street<br>Keene, NH 03431 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.57 | 149 Emerald Street Owner LLC<br>149 Emerald Street<br>Keene, NH 03431 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.58 | 149 Emerald Stret Real Estate LLC<br>149 Emerald Street<br>Keene, NH 03431 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.28<br>☐ Schedule G _____<br>Easthampton Savings Bank |
| 3.59 | 149 Emerald Stret Real Estate LLC<br>149 Emerald Street<br>Keene, NH 03431 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.60 | 149 Emerald Stret Real Estate LLC<br>149 Emerald Street<br>Keene, NH 03431 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.61 | 149 Washington Avenue Real Estate LLC<br>149 Washington Avenue<br>Dumont, NJ 07628 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.62 | 17 50 Wells Real Estate, LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.63 | 1750 Walls Real Estate, LLC<br>?444 East 58th Street, Apt 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.64 | 1750 Walls Real Estate, LLC<br>?444 East 58th Street, Apt 3C<br>New York, NY 10022 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G ____<br>Fairpark Capital LLC |
| 3.65 | 1800 & 4215 Oklahoma Realty LLC<br>4215 SE 53rd St.<br>Oklahoma City, OK 73135 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.66 | 1800 North Rockwell AveReal Estate LLC<br>1800 N Rockwell Avenue<br>Bethany, OK 73008 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G ____<br>Transparency Advance |
| 3.67 | 180200 Glastonbury Leasing LLC<br>29 West High Street<br>East Hampton, CT 06424 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.7<br>☐ Schedule G ____<br>Ascend Bank |
| 3.68 | 180200 Glastonbury Leasing LLC<br>29 West High Street<br>East Hampton, CT 06424 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.8<br>☐ Schedule G ____<br>Ascend Bank |
| 3.69 | 200 Great Pond Drive Real Estate LLC<br>200 Great Pond Drive<br>Windsor, CT 06095 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.70 | 200 Great Pond Drive Real Estate LLC<br>200 Great Pond Drive<br>Windsor, CT 06095 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.119<br>☐ Schedule G ____<br>Windsor Federal Credit Savings and Loan |
| 3.71 | 201 Centre Drive Real Estate LLC<br>201 Centre Drive<br>Stephens City, VA 22655 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G ____<br>Transparency Advance |
| 3.72 | 2195 Harlem Road Leasing LLC<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.16<br>☐ Schedule G ____<br>Bank of New Hampshire |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.73 | 2195 Harlem Road Real Estate LLC<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.18<br>☐ Schedule G ____<br>Bank of New Hampshire |
| 3.74 | 21974 Coopercreek Road Leasing LLC<br>2974 Coppercreek Rd, Apt B | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G ____<br>First Financial Bank |
| 3.75 | 2203 Grand Canal Blvd Leasing LLC<br>444 East 58th Street, Apt JC<br>New York, NY 10022 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.76 | 2203 Grand Canal Blvd Leasing LLC<br>444 East 58th Street, Apt JC<br>New York, NY 10022 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G ____<br>Fairpark Capital LLC |
| 3.77 | 2203 Grand Canal Blvd Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.78 | 2203 Grand Canal Blvd Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.79 | 2203 Grand Canal Blvd Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.80 | 2203 Grand Canal Blvd Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.81 | 2203 Grand Canal Blvd. Real Estate LLC<br>2203-2223 Grand Canal Blvd<br>Stockton, CA 95207 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.82 | 2203 Grand Canal Blvd. Real Estate LLC<br>2203-2223 Grand Canal Blvd<br>Stockton, CA 95207 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.14<br>☐ Schedule G _____<br>Bank of America N.A. |
| 3.83 | 2203 Grand Canal Boulevard<br>2203-2223 Grand Canal Boulevard<br>Stockton, CA 95207 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.84 | 2203 Grand Canal Boulevard Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.85 | 2203 Grand Canal Boulevard Real Estate L | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.86 | 2302 Windsong Drive Leasing LLC<br>5O Quality Street, #110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.32<br>☐ Schedule G _____<br>Farmers and Merchants State Bank |
| 3.87 | 2434 S. Interstate 35E Leasing LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.88 | 2434 S. Interstate 35E Leasing LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.47<br>☐ Schedule G _____<br>First National Bank of McGregor |
| 3.89 | 2434 S. Interstate 35E Real Estate LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels | Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.90 | 2434 S. Interstate 35E Real Estate LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.91 | 2434 S. Interstate 35E Real Estate LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.48<br>☐ Schedule G _____<br>First National Bank of McGregor |
| 3.92 | 2434 South Interstate 35e Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.93 | 2434 South Interstate 35e Real Estate LL | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.94 | 250 Progressive Leasing LLC<br>256 West Data Drive<br>Draper, UT 84020 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.95 | 250 Progressive Leasing LLC<br>256 West Data Drive<br>Draper, UT 84020 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.96 | 250 Progressive Real Estate LLC<br>256 West Data Drive<br>Draper, UT 84020 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.97 | 2547 Brindle Drive Leasing LLC<br>444 East 58th Street Apt. 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.98 | 2547 Brindle Drive Leasing LLC<br>444 East 58th Street Apt. 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.93<br>☐ Schedule G _____<br>S and T Bank |
| 3.99 | 2547 Brindle Drive Real Estate LLC<br>444 East 58th Street, Apt. 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.92<br>☐ Schedule G _____<br>S and T Bank |
| 3.100 | 2547 Brindle Drive Real Estate LLC<br>444 East 58th Street, Apt. 3C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.101 | 2974 Coopercreek Road Leasing LLC<br>5O Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.102 | 2974 Coopercreek Road Leasing LLC<br>5O Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.103 | 2974 Coopercreek Road Leasing LLC<br>5O Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.104 | 2974 Coopercreek Road Leasing LLC<br>5O Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.105 | 2974 Coopercreek Road Real Estate LLC<br>50 Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.106 | 2974 Coopercreek Road Real Estate LLC<br>50 Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.107 | 2974 Coopercreek Road Real Estate LLC<br>50 Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G ____<br>First Financial Bank |
| 3.108 | 2974 Coopercreek Road Real Estate LLC<br>50 Quality Street, Unit 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G ____<br>First Financial Bank |
| 3.109 | 3385 Newmark Drive LLC<br>3385 Newmark Drive<br>Miamisburg, OH 45342 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.110 | 3385 Newmark Drive LLC<br>3385 Newmark Drive<br>Miamisburg, OH 45342 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.46<br>☐ Schedule G ____<br>First Merchants Bank |
| 3.111 | 3412 Tittabawassee Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G ____<br>First Financial Bank |
| 3.112 | 3412 Tittabawassee Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G ____<br>First Financial Bank |
| 3.113 | 3412 Tittabawassee Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G ____<br>First Financial Bank |
| 3.114 | 3412 Tittabawassee Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G ____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.115 | 3412 Tittabawassee Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G _____<br>First Financial Bank |
| 3.116 | 3413 Tittabawassee Road Leasing L1 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.117 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.118 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.119 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.120 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.121 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.122 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |
| 3.123 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.124 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G _____<br>First Financial Bank |
| 3.125 | 3413 Tittabawassee Road Leasing LLC<br>1136 N. Main Street. 2nd Floor<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G _____<br>First Financial Bank |
| 3.126 | 3413 Tittabawassee Road Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.127 | 348 Morris Avenue Real Estate LLC<br>50 Quality Street, # 110357<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.57<br>☐ Schedule G _____<br>Goba Capital. Inc. |
| 3.128 | 3885 Newmark Drive LLC<br>3385 & 3445 Newmark Drive<br>Miamisburg, OH 45342 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.129 | 400 Green Road Real Estate LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |
| 3.130 | 400 Green Road Real Estate LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G _____<br>First Financial Bank |
| 3.131 | 400 Green Road Real Estate LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.132 | 400 Green Roads Leasing LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.133 | 400 Green Roads Leasing LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.134 | 400 Green Roads Leasing LLC<br>50 Quality Street<br>Trumbull, CT 06611 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.135 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.136 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.137 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.138 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.139 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.140 | 400 Greens Road Leasing LLC<br>400 Green Road<br>Houston, TX 77060 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.141 | 400 Greens Road Real Estate LLC<br>400 Greens Road<br>Houston, TX 77060 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G ____<br>First Financial Bank |
| 3.142 | 400 Greens Road Real Estate LLC<br>400 Greens Road<br>Houston, TX 77060 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G ____<br>First Financial Bank |
| 3.143 | 400 Greens Road Real Estate LLC<br>400 Greens Road<br>Houston, TX 77060 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G ____<br>First Financial Bank |
| 3.144 | 400 Greens Road Real Estate LLC<br>400 Greens Road<br>Houston, TX 77060 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G ____<br>First Financial Bank |
| 3.145 | 4200 Park Avenue Leasing LLC<br>4200 Park Avenue<br>Weehawken, NJ 07086 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.11<br>☐ Schedule G ____<br>Bank Iowa |
| 3.146 | 4200 Park Avenue Leasing LLC<br>4200 Park Avenue<br>Weehawken, NJ 07086 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.12<br>☐ Schedule G ____<br>Bank Iowa |
| 3.147 | 421 S SE 53rd Street Real Estate LLC<br>4215 SE 53rd Street<br>Oklahoma City, OK 73135 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G ____<br>Transparency Advance |
| 3.148 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G ____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.149 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.150 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G ____<br>First Financial Bank |
| 3.151 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G ____<br>First Financial Bank |
| 3.152 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G ____<br>First Financial Bank |
| 3.153 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G ____<br>First Financial Bank |
| 3.154 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G ____<br>First Financial Bank |
| 3.155 | 4328 Bay Road Leasing LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.45<br>☐ Schedule G ____<br>First Financial Bank |
| 3.156 | 4328 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G ____<br>First Financial Bank |
| 3.157 | 4328 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G ____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.158 4328 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.159 4328 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.160 4328 Bay Road Real Estate LLC<br>186 N. Main Street, 2nd Floor, Suite 1<br>Plymouth, MI 48170 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |
| 3.161 44 Southpoint Drive Leasing LLC<br>44 Southpoint Drive<br>Dorchester, MA 02125 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.35<br>☐ Schedule G _____<br>Fidelity Co-Operative Bank |
| 3.162 44 Southpoint Drive Real Estate LLC<br>44 Southpoinl Drive<br>Dorchester, MA 02125 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.36<br>☐ Schedule G _____<br>Fidelity Co-Operative Bank |
| 3.163 4650 Westway Park Blvd, Real Estate LLC<br>20a Grove Street Hicksville<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.120<br>☐ Schedule G _____<br>Woodforest National Bank |
| 3.164 4650 Westway Park Blvd, Real Estate LLC<br>20a Grove Street Hicksville<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.165 4650 Westway Park Boulevard Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.166 | 4650 Westway Park Boulevard Leasing LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.120<br>☐ Schedule G ____<br>Woodforest National Bank |
| 3.167 | 4650 Westway Park Boulevard Leasing LLC<br>20a Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.168 | 4650 Westway Park Boulevard Real Estate | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.169 | 4800 USH 280 Leasing LLC<br>4800 US Highway 280<br>Opelika, AL 36801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.170 | 4800 USH 280 Leasing LLC<br>4800 US Highway 280<br>Opelika, AL 36801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G ____<br>Transparency Advance |
| 3.171 | 4800 USH 280 Real Estate LLC<br>4800 US Highway 280<br>Opelika, AL 36801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.172 | 4800 USH 280 Real Estate LLC<br>4800 US Highway 280<br>Opelika, AL 36801 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.69<br>☐ Schedule G ____<br>Max Credit Union |
| 3.173 | 55 Merlino Drive Leasing LLC<br>55 Merlino Drive<br>Wilkes Barre, PA 18705 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.174 | 55 Merlino Leasing LLC<br>55-43 Myrtle Avenue, Suite 2<br>Ridgewood, NY 11385 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.175 | 5707 Maccorkle Avenue Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.176 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |
| 3.177 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.178 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.179 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.180 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.181 | 5707 MacCorkle Avenue Leasing LLC<br>707 MacCorckle Avenue Southeast<br>Charleston, WV 25304 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.182 | 5707 Maccorkle Avenue Real Estate LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.183 | 635 Gravoid Road Leasing LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.184 | 635 Gravois Road Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.185 | 635 Gravois Road Leasing LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.186 | 635 Gravois Road Leasing LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.187 | 635 Gravois Road Leasing LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.188 | 635 Gravois Road Real Estate LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.189 | 635 Gravois Road Real Estate LLC<br>635 Gravois Road<br>Fenton, MO 63026 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.190 | 635 Gravois Road Real Estate LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.191 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G _____<br>First Financial Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.192 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G _____<br>First Financial Bank |
| 3.193 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.40<br>☐ Schedule G _____<br>First Financial Bank |
| 3.194 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>First Financial Bank |
| 3.195 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>First Financial Bank |
| 3.196 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.43<br>☐ Schedule G _____<br>First Financial Bank |
| 3.197 | 711 Corporate Drive Real Estate LLC<br>20A Grove Street<br>Hicksville, NY 11801 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.44<br>☐ Schedule G _____<br>First Financial Bank |
| 3.198 | 7335 Gladiolus LLC<br>7335 Gladiolus Drive<br>Fort Myers, FL 33908 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.199 | 7335 Gladiolus LLC<br>7335 Gladiolus Drive<br>Fort Myers, FL 33908 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.22<br>☐ Schedule G _____<br>Busey Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.200 | 7335 Gladiolus LLC<br>7335 Gladiolus Drive<br>Fort Myers, FL 33908 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.201 | 7335 Gladiolus LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.202 | 7650 FM 78 Real Estate LLC<br>1601 Elm Street<br>Dallas, TX 75201 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.203 | 7650 FM 78 Real Estate LLC<br>1601 Elm Street<br>Dallas, TX 75201 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.204 | 7650 Fm78 Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.205 | 7650 Fm78 Real Estate LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.206 | 765O FM78 Leasing LLC<br>1601 Elm Street. Suite 4360<br>Dallas, TX 75201 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.207 | 765O FM78 Leasing LLC<br>1601 Elm Street. Suite 4360<br>Dallas, TX 75201 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.208 | 771 Corporate Drive Leasing LLC<br>771 Corporate Drive<br>Lexington, KY 40503 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.209 | 8014 Bayberry Road Real Estate LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.210 | 8014 Bayberry Road Real Estate LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.211 | 8014 Bayberry Road Real Estate, LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.212 | 8014 Bayberry Wells Leasing LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.213 | 830 Country Road 64 Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.214 | 830 County Road 64 Leasing LLC<br>830 County Road 64<br>Elmira, NY 14903 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.215 | 830 County Road 64 Leasing LLC<br>830 County Road 64<br>Elmira, NY 14903 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.105<br>☐ Schedule G _____<br>Tristate Capital Bank |
| 3.216 | 830 County Road 84 Real Estate LLC<br>830 Ofd County Road 64<br>Elmira, NY 14903 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.106<br>☐ Schedule G _____<br>TriState Capital Bank |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.217 | 9 Farm Springs Real Estate LLC<br>9 Farm Springs Road<br>Farmington, CT 06032 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.104<br>☐ Schedule G _____<br>Transparency Advance |
| 3.218 | 90 Pleasant Valley Road Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.219 | 90 Pleasant Valley St. Real Estate LLC<br>444 E 58th Street, Apt 3-C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.81<br>☐ Schedule G _____<br>Northern Bank & Trust Company |
| 3.220 | 90 Pleasant Valley St. Real Estate LLC<br>444 E 58th Street, Apt 3-C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.82<br>☐ Schedule G _____<br>Northern Bank and Trust Company |
| 3.221 | 90 Pleasant Valley Street Leasing LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.222 | 90 Pleasant Valley Street Leasing, LLC<br>444 E 58th Streat, Apt 3-C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.223 | 90 Pleasant Valley Street Leasing, LLC<br>444 E 58th Streat, Apt 3-C<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.224 | Achim Landco LLC<br>600 Livingston Avenue<br>DPO, AE 09802 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.225 | Achim Operating Co LLC<br>1600 Livingston Avenue<br>North Brunswick, NJ 08902 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels    Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.226 | Achim OperatingCo LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.227 | ADA Farrell Holdings LLC<br>106 Freeman Circle<br>Tullahoma, TN 37388 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.228 | Alyssa Shabsels<br>444 E. 58th Streeet, Apt 3C<br>New York, NY 10022 | ☒ Schedule D, line 2.3<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Central Loan Admin & R |
| 3.229 | BAHS Operating Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.230 | Bahs Operating Inc.<br>355 Camp Road<br>Thompson, PA 18465 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.231 | Bahs Operating Inc.<br>355 Camp Road<br>Thompson, PA 18465 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.232 | Banner Landco LLC<br>1225 Riverwoods Rd<br>Lake Forest, IL 60045 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.233 | Banner Landco LLC<br>1225 Riverwoods Rd<br>Lake Forest, IL 60045 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.234 | Banner Operating Co<br>1225 Riverwoods Rd<br>Lake Forest, IL 60045 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.235 | Banner Operating Co<br>1225 Riverwoods Rd<br>Lake Forest, IL 60045 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G ____<br>Fairpark Capital LLC |
| 3.236 | Banner OperatingCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.237 | Belgrade Lakes Summer Camps LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.238 | Belgrade Lakes Summer Camps LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.91<br>☐ Schedule G ____<br>Robert Siff |
| 3.239 | Belmont Apartment Partners LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G ____<br>Benlolo, Jeremy David |
| 3.240 | Belmont Apartments Partners LLC<br>C/0 Cole Schotz<br>Court Plaza North<br>Hackensack, NJ 07601 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.241 | Blue Star Camps | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.242 | Blue Star Camps<br>700 Babcock<br>Mays Landing, NJ 08330 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.243 | Blue Star Operatingco LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.244 | Bluestar Landco, LLC<br>10030 N McArthur Blvd #170<br>Irving, TX 75063 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.245 | Bluestar Landco, LLC<br>10030 N McArthur Blvd #170<br>Irving, TX 75063 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.61<br>☐ Schedule G _____<br>HomeTrust Bank |
| 3.246 | Bluestar OperatingCo LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.247 | Bluestar Operatlng Co, LLC<br>10030 N McArthur Blvd #170<br>Irving, TX 75063 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.248 | Bluestar Operatlng Co, LLC<br>10030 N McArthur Blvd #170<br>Irving, TX 75063 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.249 | Camp Chen-A-Wanda | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.250 | Camp Chen-A-Wanda<br>355 Camp Road<br>Thompson, PA 18465 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels    Case number (if known) 26-16529-CMG

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.25 1 | Camp Kent LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.25 2 | Camp Kent LLC<br>59 South Kent Road<br>Kent, CT 06757 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.25 3 | Camp Lavi | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.25 4 | Camp Lavi<br>2656 Upper Woods Road<br>Lakewood, PA 18439 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G _____<br>Fairpark Capital LLC |
| 3.25 5 | Camp Med-0-Lark Inc.<br>82. Medolark Road<br>Washington, ME 04574 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.25 6 | Camp Med-O-Lark Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.25 7 | Central Park Holdings Corp.<br>125 West 55th Street<br>New York, NY 10019 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |
| 3.25 8 | Chateaugay Campco LLC<br>233 Gadway Road<br>Lyon Mountain, NY 12955 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Agile Lending LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.259 | Chateaugay Campco LLC<br>233 Gadway Road<br>Lyon Mountain, NY 12955 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.26<br>☐ Schedule G _____<br>Community Bank N.A. |
| 3.260 | Chateaugay Landco LLC<br>233 Gadway Road<br>Lyon Mountain, NY 12955 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.26<br>☐ Schedule G _____<br>Community Bank N.A. |
| 3.261 | Club Getaway Landco, LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.262 | Club Getaway Operating Co | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.263 | Country Roads OperatingCo LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.264 | Creative Wave Capital LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.265 | Damis Holdings LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.266 | DAVID A. SHABSELS<br>60 Carthage Rd<br>Scarsdale, NY 10583 | ☒ Schedule D, line 2.7<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Mizzen Capital II, LLP |
| 3.267 | DAVID A. SHABSELS<br>60 Carthage Rd<br>Scarsdale, NY 10583 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G _____<br>Benlolo, Jeremy David |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.268 | DAVID A. SHABSELS<br>60 Carthage Rd<br>Scarsdale, NY 10583 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.269 | DAVID A. SHABSELS<br>60 Carthage Rd<br>Scarsdale, NY 10583 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.91<br>☐ Schedule G ____<br>Robert Siff |
| 3.270 | Eagle's Landing Day Camp LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.271 | East Hartford Properties Leasing LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.272 | East Hartford Properties Leasing LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.273 | Green Lane Operating Co | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.274 | Highland Park Partners, LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G ____<br>Benlolo, Jeremy David |
| 3.275 | IAFA Operating Co LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.276 | Kiwi OperatingCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.277 | Iafalandco LLC<br>376 Main Street<br>Fryeburg, ME 04037 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.16<br>☐ Schedule G ____<br>Bank of New Hampshire |
| 3.278 | Iafalandco LLC<br>376 Main Street<br>Fryeburg, ME 04037 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Agile Lending LLC |
| 3.279 | LavCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.280 | Maine Wekeela Co LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.281 | Malka OperatingCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.282 | Matteson Center Leasing LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.283 | Matteson Center Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.284 | Meadowbrook OperatingCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.285 | Meadowbrook OperatingCo LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.286 | MesorahCo, LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.287 | Miller, Dana | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.91<br>☐ Schedule G _____<br>Robert Siff |
| 3.288 | Milton 2434 South 1-35 LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.289 | Milton 4650 Westway Park Boulevard LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.290 | Milton 7650 Fm 78 LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.291 | Mogenavco LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.292 | Mohawk Day Camp | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.293 | MohawkCampCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.294 | Optimatum Management LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.295 | Pine Forest Operatingco LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.296 | Poland CampCo LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.297 | Randolph Mittasch | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.298 | RDM Camps LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.299 | Rocking Horse Ranch Operatingco LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.300 | Rolling Hills Operatingco LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.301 | Secondary Paragould LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.302 | Shab Operating Inc E. Hartford Property<br>25 Colonial Drive<br>Trumbull, CT 06611 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.100<br>☐ Schedule G ____<br>The Marchant Marketplace Holdings Corp. |
| 3.303 | Shabsels Management LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.304 | Shabsels Management LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.305 | Shah Operating Inc | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.306 | Shah Operating Inc. | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.307 | Simad Holdings LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G ____<br>United States of America |
| 3.308 | South Loop West Leasing LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |
| 3.309 | South Loop West Real Estate LLC | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G ____<br>Newco Capital Group VI LLC |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number *(if known)* 26-16529-CMG

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.310 | Splashdown Beach Operatingco LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.311 | Stony Creek Operating Co LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.312 | Summit Camp LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.313 | Waukeela OperatingCo LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.314 | Wekeeland Lake LLC<br>192 Hopkins Road<br>Washington, ME 04574 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.16<br>☐ Schedule G _____<br>Bank of New Hampshire |
| 3.315 | Wekeeland Lake LLC<br>192 Hopkins Road<br>Washington, ME 04574 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.17<br>☐ Schedule G _____<br>Bank of New Hampshire |
| 3.316 | West Florida Ventures, LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G _____<br>Newco Capital Group VI LLC |
| 3.317 | WM Camp LLC | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.107<br>☐ Schedule G _____<br>United States of America |
| 3.318 | Alyssa Shabsels<br><br>Debtor's wife | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G 2.1<br>444-446 58th East Owners Corp. |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (If known): 26-16529-CMG

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1 Michael Aaron Shabsels Case number (*if known*) 26-16529-CMG

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ 0.00 + $ N/A = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ☒ No.
- ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: Michael Aaron Shabsels

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (If known): 26-16529-CMG

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   - ☐ No
   - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ☒ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 | ☐ No ☒ Yes |
| Daughter | 16 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☒ No ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 6,400.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 800.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 400.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 600.00 |

Debtor 1 Michael Aaron Shabsels Case number (if known) 26-16529-CMG

| | | | |
|---|---|---|---|
| | 6d. Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 5,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 450.00 |
| | 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 1,459.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: | 17c. | $ 0.00 |
| | 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ 9,000.00 |
| | 20b. Real estate taxes | 20b. | $ 3,000.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 1,000.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: Garage rental | 21. | +$ 587.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 30,596.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ 30,596.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ 30,596.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -30,596.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): ____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): 26-16529-CMG

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Michael Aaron Shabsels
Michael Aaron Shabsels
Signature of Debtor 1

Date September 20, 2026

X ____
Signature of Debtor 2

Date ____



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael Aaron Shabsels<br>First Name Middle Name Last Name |
| Debtor 2<br>(Spouse if, filing) | First Name Middle Name Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number<br>(if known) | 26-16529-CMG |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that: (January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $-9,335,245.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.
☒ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| JP Morgan Chase | | $12,375.00 | Unknown | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Cenlar | | $27,000.00 | Unknown | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| JEREMY DAVID BENLOLO -against- MICHAEL A. SHABSELS, DAVID A. SHABSELS, HIGHLAND PARK PARTNERS LLC, and BELMONT APARTMENT PARTNERS LLC,1101 East Glendale Blvd. Real Estate LLC<br>655126/2024 | Contract | Supreme Court, New York County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Karla Bellotto and Ivan Bellotto vs. Michael Shabsels, David Shabsles, SIMAD HOLDINGS LLC, KIWI OPERATING CO LLC, KIWI LANDCO LLC<br>500615/2021 | Commercial/Other | Supreme Court, Putnam County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| United States of America ex rel. Karla Bellotto and Ivan Bellotto v. Michael Shabsels, et al.<br>24-cv-06494-KMK | False Claims Act | United States Dictrict Court, SDNY (White Plains)<br>300 Quarropas Street<br><br>White Plains, NY 10601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Robert Siff vs. DAVID SHABSELS, MICHAEL SHABSELS, BELGRADE LAKES SUMMER CAMPS LLC, and DANA MILLER<br>26-cv-00223-SDN | Contract | Unites States District Court, District of Maine | ☒ Pending<br>☐ On appeal<br>☐ Concluded |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (*if known*) 26-16529-CMG

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Unknown | Miscellaneous | | Unknown |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Unknown | | | $0.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 7: List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| VERDOLINO AND LOWEY P.C | Paid to CPA firm for accounting services for Debtor's and David Shabsels bankruptcy proceedings | 6/4/2026 | $25,000.00 |
| Otterbourg, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>www.otterbourg.com | A portion of these funds were subsequently transferred, upon infomration and belief, to Pashman Stein, and another portion of approximatley 100k was transferred back to the debtor | 6/4/2026 | $300,000.00 |
| Pashman Stein Walder Hayden P.C.<br>pashmanstein.com | | 6/4/2026 | $28,475.00 |
| Douglas T. Tabachnik<br>63 West Main Street<br>Suite C<br>Freehold, NJ 07728<br>dtabachnik@dttlaw.com<br>The Debtor provided a retainer subject to court approval for a post petition reainer of $50,000, and the Debtor's parents, Charles and Susan Shabsels, provided an additional $25,000, also to be subject to the court's approval. | Attorney Fee | | $75,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (*if known*) 26-16529-CMG

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
- ☐ No
- ☒ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Shabsels Management Trust | Membership interest in various LLCs transferred to Shabsels Management Trust | unknown |

**Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**
- ☒ **No**
- ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
- ☒ **No**
- ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
- ☒ **No**
- ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9: Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
- ☐ **No**
- ☒ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| M. Shabsels, cust for B. Shabsels<br>444 E 58th Street Apt. C<br>New York, NY 10022 | | Charles Schwab UNYUTMA | $62,226.61 |
| M. Shabsels Cust for Mara Gale Shabsles | | Schwab One account | $14,991.14 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 10: Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
☒ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**
☐ **A partner in a partnership**
☐ **An officer, director, or managing executive of a corporation**
☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**
☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| SIMAD Holdings LLC<br>50 Quality Street<br>Trumbull, CT 06611 | British Virgin Islands<br>HoldingCompany | EIN: 46-0781502<br>From-To |
| SIMAD Ventures LLC<br>50 Quality Street, #110357<br>Trumbull, CT 06611 | Holding Company | EIN: 81-1318037<br>From-To |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| DAMIS Holdings LLC<br>444 E 58th Street, Apt 3C<br>New York, NY 10022 | Real Estate and ResortManagement Company | EIN: 26-4569764<br>From-To |
| DAMIS Ventures LLC<br>444 East 58th Street, Apt. 3C<br>New York, NY 10022 | Investment Holding andManagement Company | EIN: 81-1318078<br>From-To |
| Greenvilleland LLC<br>150 Ingalside Road<br>Greenville, NY 12083 | Real Estate and Property HoldingCompany | EIN: 26-4101514<br>From-To |
| Mill Road Landco LLC<br>74 Davidson Mill Road<br>North Brunswick, NJ 08902 | Real Estate and Property-OwningHolding Company | EIN: 45-3645276<br>From-To |
| Eagles Landing Day Camp LLC<br>74 Davidson Mill Road<br>North Brunswick, NJ 08902 | Day Camp | EIN: 45-3645311<br>From-To |
| 7335 Gladiolus LLC<br>7335 Gladiolus Drive<br>Fort Myers, FL 33908 | Real Estate and OperationalHoldings | EIN: 81-1036615<br>From-To |
| MRJ Realty LLC<br>12 Cambridge Drive<br>Trumbull, CT 06611 | Real Estate Development Firm | EIN: 81-5196005<br>From-To |
| 1401 US Hwy 49B Real Estate LLC<br>1401 US HWY 49B<br>Paragould, AR 72450 | Real Estate Holding Company | EIN: 82-5066304<br>From-To |
| 1912 Memorial Drive Real Estate LLC<br>1912 Memorial Drive<br>Atlanta, GA 30317 | Commercial Real Estate HoldingCompany | EIN: 82-5010662<br>From-To |
| Affiliated Saginaw Development LLC<br>25 Colonial Drive<br>Trumbull, CT 06611 | Real Estate and PropertyInvestment | EIN: 88-4082392<br>From-To |
| Amalgamated Houston Holdings LLC<br>455 Tarrytown Road, Suite 1526<br>White Plains, NY 10607 | Commercial Real Estate | EIN: 92-1231886<br>From-To |
| Chateaugay Campco LLC<br>233 Gadway Road<br>Lyon Mountain, NY 12955 | Sleepaway Camp | EIN: 88-2103193<br>From-To |
| Chateaugay Landco LLC<br>233 Gadway Road<br>Lyon Mountain, NY 12955 | Sleepaway Camp | EIN: 88-2103300<br>From-To |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Business Name**<br>**Address**<br>**(Number, Street, City, State and ZIP Code)** | **Describe the nature of the business**<br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>**Dates business existed** |
|---|---|---|
| Development Associates of Benton Harbor<br>1701 M 139<br>Benton Harbor, MI 49022 | Commercial Real Estate andProperty Development Company | **EIN:** 88-4201740<br>**From-To** |
| Shab Operating Inc.<br>21 Echo Road<br>Bloomingburg, NY 12721 | Real Estate and OperationalEntity Affiliated with SIMADHoldings, Ltd. | **EIN:** 74-3230078<br>**From-To** |
| Bahs Operating Inc. (Camp Chen-A-Wanda)<br>355 Camp Road<br>Thompson, PA 18465 | Sleepaway Camp | **EIN:** 74-3230075<br>**From-To** |
| Camp Med-O-Lark Inc.<br>82 Medolark Road<br>Washington, ME 04574 | Sleepaway Camp | **EIN:** 20-5014808<br>**From-To** |
| Mohawk Country Home School Inc.<br>200 Old Tarrytown Road<br>White Plains, NY 10603 | Day Camp | **EIN:** 13-2565981<br>**From-To** |
| Willow Lake Land Corp.<br>200 State Route 181<br>Lake Hopatcong, NJ 07849 | Real Estate/Land ManagementFirm | **EIN:** 22-3272383<br>**From-To** |
| Mountainscapes Capital Investment Trust<br>1030 New McNeil Avenue<br>Lawrence, NY 11559 | Commercial Real Estate andProperty Investment Firm | **EIN:** 82-7000495<br>**From-To** |
| Oak Tree Property Trust<br>333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 | Investment Management andPrivate Equity | **EIN:** 84-6493498<br>**From-To** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| **Name**<br>**Address**<br>**(Number, Street, City, State and ZIP Code)** | **Date Issued** |
|---|---|

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Michael Aaron Shabsels
Michael Aaron Shabsels
**Signature of Debtor 1**

**Signature of Debtor 2**

**Date** September 20, 2026

**Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Michael Aaron Shabsels

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of New Jersey, Trenton Division

Case number (if known): 26-16529-CMG

☐ Check if this is an amended filing

# Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00 | |

Copy here -> Column A: $ 0.00 Column B: $

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00 | |

Copy here -> Column A: $ 0.00 Column B: $


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (*if known*) 26-16529-CMG

| | *Column A* **Debtor 1** | *Column B* **Debtor 2** |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ....................................................................$ 0.00 | | |
| For your spouse......................................................$ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| | $ | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. + | $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 0.00 + $ ________ = $ 0.00


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Michael Aaron Shabsels Case number (*if known*) 26-16529-CMG

**Part 2: Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Michael Aaron Shabsels
Michael Aaron Shabsels
Signature of Debtor 1

Date September 20, 2026
MM / DD / YYYY


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Chapter 12: Repayment plan for family farmers or fishermen**

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey, Trenton Division

In re Michael Aaron Shabsels — Debtor(s)

Case No. 26-16529-CMG
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........ $ ______

Prior to the filing of this statement I have received ........ $ ______

Balance Due ........ $ ______

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........ $ 75,000.00

The undersigned shall bill against the retainer at an hourly rate of........ $ 750.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify): The Debtor provided a retainer subject to court approval for a post petition reainer of $50,000, and the Debtor's parents, Charles and Susan Shabsels, provided an additional $25,000, also to be subject to the court's approval.

3. The source of compensation to be paid to me is:

☐ Debtor ☒ Other (specify): Compensation may be paid by the Debtor's parents as may be agreed upon, in addition to the Debtor, and subject to such further amendments of this statement as may be warranted in the circumstances.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re Michael Aaron Shabsels Case No. 26-16529-CMG
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 20, 2026
*Date*

/s/ Douglas Tabachnik
Douglas Tabachnik
*Signature of Attorney*
Douglas T. Tabachnik
63 West Main Street
Suite C
Freehold, NJ 07728
(732) 780-2760 Fax: (732) 780-2761
dtabachnik@dttlaw.com
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey, Trenton Division

In re Michael Aaron Shabsels
Debtor(s)

Case No. 26-16529-CMG
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: September 20, 2026

/s/ Michael Aaron Shabsels
Michael Aaron Shabsels
Signature of Debtor

1000 Acres Holdings LLC
465 Warrensburg Road
Stony Creek, NY 12878

1101 East Glendale Blvd. Real Estate LLC
1101 East Glendale Boulevard
Valparaiso, IN 46383

1101 East Glendale Boulevard Leasing LLC

1101 East Glendale Boulevard Real Estate

11200 West Florissant Avenue Leasing LL
11200-11298 West Florissant Avenue
Florissant, MO 63033

1133 Northwest L Street Leasing LLC
444 East 58th Street, Apt 3C
New York, NY 10022

1133 Northwest L Street Leasing LLC

1133 Northwest L Street Real Estate LLC

1135 East Chocolate Ave. Real Estate LLC
1135 East Chocolate Avenue
Hershey, PA 17033

12 Cambridge Drive Leasing LLC
50 Quallty Street, #110357
Trumbull, CT 06611

1323 Augusta W. Parkway Real Estate LLC
1323 Augusta West Parkway.
Augusta, GA 30909

1323 Augusta West Parkway Leasing LLC

1323Augusta West Parkway Real Estate LLC

1401 1 US Highway 49 B Real Estate LLC

1401 Us Highway 49b Real Estate LLC

149 Emerald St Real Estate LLC

149 Emerald Street Leasing LLC
14g Emera Street
Keene, NH 03431

149 Emerald Street Owner LLC
149 Emerald Street
Keene, NH 03431

149 Emerald Stret Real Estate LLC
149 Emerald Street
Keene, NH 03431

149 Washington Avenue Real Estate LLC
149 Washington Avenue
Dumont, NJ 07628

1600 Eastchase Parkway Leasing LLC
1600 Eastchase Parkway
Fort Worth, TX 76120

17 50 Wells Real Estate, LLC

1750 Walls Real Estate, LLC
444 East 58th Street, Apt 3C
New York, NY 10022

1800 & 4215 Oklahoma Realty LLC
4215 SE 53rd St.
Oklahoma City, OK 73135

1800 North Rockwell AveReal Estate LLC
1800 N Rockwell Avenue
Bethany, OK 73008

180200 Glastonbury Leasing LLC
29 West High Street
East Hampton, CT 06424

1912 Memorial Dr. Real Estate LLC
1912 Memorial Drive
Waycross, GA 31501

200 Great Pond Drive Real Estate LLC
200 Great Pond Drive
Windsor, CT 06095

201 Centre Drive Real Estate LLC
201 Centre Drive
Stephens City, VA 22655

2195 Harlem Road Leasing LLC
122 East 42nd Street, 18th Floor
New York, NY 10168

2195 Harlem Road Real Estate LLC
122 East 42nd Street, 18th Floor
New York, NY 10168

21974 Coopercreek Road Leasing LLC
2974 Coppercreek Rd, Apt B

2203 Grand Canal Blvd Leasing LLC
444 East 58th Street, Apt JC
New York, NY 10022

2203 Grand Canal Blvd Real Estate LLC

2203 Grand Canal Blvd Real Estate LLC

2203 Grand Canal Blvd Real Estate LLC

2203 Grand Canal Blvd Real Estate LLC

2203 Grand Canal Blvd. Real Estate LLC
2203-2223 Grand Canal Blvd
Stockton, CA 95207

2203 Grand Canal Boulevard
2203-2223 Grand Canal Boulevard
Stockton, CA 95207

2203 Grand Canal Boulevard Leasing LLC

2203 Grand Canal Boulevard Real Estate L

2302 Windsong Drive Leasing LLC
5O Quality Street, #110357
Trumbull, CT 06611

2302 Windsong Drive Real Estate LLC
50 Quality Street, #110357
Trumbull, CT 06611

2434 S. Interstate 35E Leasing LLC
20a Grove Street
Hicksville, NY 11801

2434 S. Interstate 35E Real Estate LLC
20a Grove Street
Hicksville, NY 11801

2434 South Interstate 35e Leasing LLC

2434 South Interstate 35e Real Estate LL

250 Progressive Leasing LLC
256 West Data Drive
Draper, UT 84020

250 Progressive Real Estate LLC
256 West Data Drive
Draper, UT 84020

2547 Brindle Drive Leasing LLC
444 East 58th Street Apt. 3C
New York, NY 10022

2547 Brindle Drive Real Estate LLC
444 East 58th Street, Apt. 3C
New York, NY 10022

2974 Coopercreek Road Leasing LLC
5O Quality Street, Unit 110357
Trumbull, CT 06611

2974 Coopercreek Road Real Estate LLC
50 Quality Street, Unit 110357
Trumbull, CT 06611

3385 Newmark Drive LLC
3385 Newmark Drive
Miamisburg, OH 45342

3412 Tittabawassee Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

3413 Tittabawassee Road Leasing L1

3413 Tittabawassee Road Leasing LLC
1136 N. Main Street. 2nd Floor
Plymouth, MI 48170

3413 Tittabawassee Road Leasing LLC

348 Morris Avenue Real Estate LLC
50 Quality Street, # 110357
Trumbull, CT 06611

3885 Newmark Drive LLC
3385 & 3445 Newmark Drive
Miamisburg, OH 45342

400 Green Road Real Estate LLC
50 Quality Street
Trumbull, CT 06611

400 Green Roads Leasing LLC
50 Quality Street
Trumbull, CT 06611

400 Greens Road Leasing LLC
400 Green Road
Houston, TX 77060

400 Greens Road Real Estate LLC
400 Greens Road
Houston, TX 77060

4200 Park Avenue Leasing LLC
4200 Park Avenue
Weehawken, NJ 07086

4200 Park Avenue Real Estate LLC
4200 Park Avenue
Weehawken, NJ 07086

421 S SE 53rd Street Real Estate LLC
4215 SE 53rd Street
Oklahoma City, OK 73135

4328 Bay Road Leasing LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

4328 Bay Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

44 Southpoint Drive Leasing LLC
44 Southpoint Drive
Dorchester, MA 02125

44 Southpoint Drive Real Estate LLC
44 Southpoinl Drive
Dorchester, MA 02125

444-446 58th East Owners Corp.
c/o New Bedford Management Corp.
210 East 23rd Street, 5th Floor
New York, NY 10010

45 Commerce Drive Real Estate
45 C ommerce Drive
Augusta, ME 04330

4650 Westway Park Blvd, Real Estate LLC
20a Grove Street Hicksville
Hicksville, NY 11801

4650 Westway Park Boulevard Leasing LLC
20a Grove Street
Hicksville, NY 11801

4650 Westway Park Boulevard Leasing LLC

4650 Westway Park Boulevard Real Estate

4800 USH 280 Leasing LLC
4800 US Highway 280
Opelika, AL 36801

4800 USH 280 Real Estate LLC
4800 US Highway 280
Opelika, AL 36801

4828 Bay Road Real Estate LLC
186 N. Main Street, 2nd Floor, Suite 1
Plymouth, MI 48170

55 Merlino Drive Leasing LLC
55 Merlino Drive
Wilkes Barre, PA 18705

55 Merlino Leasing LLC
55-43 Myrtle Avenue, Suite 2
Ridgewood, NY 11385

5707 Maccorkle Avenue Leasing LLC

5707 MacCorkle Avenue Leasing LLC
707 MacCorckle Avenue Southeast
Charleston, WV 25304

5707 Maccorkle Avenue Real Estate LLC

5707 MacCorkle Avenue Real Estate LLC
5707 MacCorckle Avemae Southeast
Charleston, WV 25304

6225 Oak Tree Blvd Real Estate LLC
6225 Oak Tree Blvd
Independence, OH 44131

635 Gravoid Road Leasing LLC
635 Gravois Road
Fenton, MO 63026

635 Gravois Road Leasing LLC
635 Gravois Road
Fenton, MO 63026

635 Gravois Road Leasing LLC

635 Gravois Road Real Estate LLC
635 Gravois Road
Fenton, MO 63026

635 Gravois Road Real Estate LLC

711 Corporate Drive Leasing LLC
20A Grove Street
Hicksville, NY 11801

711 Corporate Drive Real Estate LLC
20A Grove Street
Hicksville, NY 11801

7335 Gladiolus LLC
7335 Gladiolus Drive
Fort Myers, FL 33908

7335 Gladiolus LLC

7650 FM 78 Real Estate LLC
1601 Elm Street
Dallas, TX 75201

7650 Fm78 Leasing LLC

7650 Fm78 Real Estate LLC

765O FM78 Leasing LLC
1601 Elm Street. Suite 4360
Dallas, TX 75201

771 Corporate Drive Leasing LLC
771 Corporate Drive
Lexington, KY 40503

8014 Bayberry Road Real Estate LLC
8014 Bayberry Road
Jacksonville, FL 32256

8014 Bayberry Road Real Estate, LLC

8014 Bayberry Wells Leasing LLC
8014 Bayberry Road
Jacksonville, FL 32256

830 Country Road 64 Leasing LLC

830 County Road 64 Leasing LLC
830 County Road 64
Elmira, NY 14903

830 County Road 84 Real Estate LLC
830 Ofd County Road 64
Elmira, NY 14903

9 Farm Springs Real Estate LLC
9 Farm Springs Road
Farmington, CT 06032

90 Pleasant Valley Road Leasing LLC

90 Pleasant Valley St. Real Estate LLC
444 E 58th Street, Apt 3-C
New York, NY 10022

90 Pleasant Valley Street Leasing LLC

90 Pleasant Valley Street Leasing, LLC
444 E 58th Streat, Apt 3-C
New York, NY 10022

Ace Funding Source
295 Madison Ave., 12th Fl.
New York, NY 10017

Achim Landco LLC
600 Livingston Avenue
DPO, AE 09802

Achim Operating Co LLC
1600 Livingston Avenue
North Brunswick, NJ 08902

Achim OperatingCo LLC

ADA Farrell Holdings LLC
106 Freeman Circle
Tullahoma, TN 37388

Agile Lending LLC
244 Madison Ave, Suite 168
New York, NY 10016

Alyssa Shabsels

Alyssa Shabsels
444 E. 58th Streeet, Apt 3C
New York, NY 10022

American Choice Capital LLC
1967 Wehrle Drive, Suite 1-086
Buffalo, NY 14221

Amex
PO Box 981537
El Paso, TX 79998-1537

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Ascend Bank
PO Box 369
Guilford, CT 06437

Ascend Bank
One Park Street
Plainfield, CT 06374

Austin Business Finance, LLC
1949 S, 1-35 Frontage Road,
Suite 400
Austin, TX 78741

Austin Business Finance, LLC
1949 S t-35 Frontage Road
Austin, TX 78741

BAHS Operating Inc

Bahs Operating Inc.
355 Camp Road
Thompson, PA 18465

Bank Iowa
1150 Jordan Creek Parkway
West Des Moines, IA 50266

Bank of America N.A.
Gateway Village - 900 Building
900 W Trade Street
Charlotte, NC 28255

Bank of New Hampshire
62 Pleasant Street
Plymouth, NH 03264

Banner Landco LLC
1225 Riverwoods Rd
Lake Forest, IL 60045

Banner Operating Co
1225 Riverwoods Rd
Lake Forest, IL 60045

Banner OperatingCo LLC

Belgrade Lakes Summer Camps LLC
35 Golf Academy Dr
Belgrade, ME 04917

Belgrade Lakes Summer Camps LLC

Belgrade Lakes Summer Camps LLC

Belmont Apartment Partners LLC

Belmont Apartments Partners LLC
C/0 Cole Schotz
Court Plaza North
Hackensack, NJ 07601

Benlolo, Jeremy David
c/o Tarter Krinsky & Drogin LLP
1350 BROADWAY FL 11
New York, NY 10018-0947

Berkshire Bank

BLOC Funding

Blue Star Camps
700 Babcock
Mays Landing, NJ 08330

Blue Star Camps

Blue Star Operatingco LLC

Bluestar Landco, LLC
10030 N McArthur Blvd #170
Irving, TX 75063

Bluestar OperatingCo LLC

Bluestar Operatlng Co, LLC
10030 N McArthur Blvd #170
Irving, TX 75063

Busey Bank
7980 Summerlin lakes Drive
Fort Myers, FL 33907

CADILLAC FINANCIAL LEASING
P.O. Box 181145
Arlington, TX 76096-1145

Camp Chen-A-Wanda
355 Camp Road
Thompson, PA 18465

Camp Chen-A-Wanda

Camp Kent LLC
59 South Kent Road
Kent, CT 06757

Camp Kent LLC

Camp Lavi
2656 Upper Woods Road
Lakewood, PA 18439

Camp Lavi

Camp Med-0-Lark Inc.
82. Medolark Road
Washington, ME 04574

Camp Med-O-Lark Inc

Camping Management Corporation
185 Pine Forest Camp Road
Greeley, PA 18425

Central Loan Admin & R
PO Box 77404
Ewing, NJ 08628-6404

Central Loan Admin & R
POB 77423
Ewing, NJ 08628

Central Park Holdings Corp.
125 West 55th Street
New York, NY 10019

Chataaugay Lake Camp Inc
233 Gadway Road
Lyon Mountain, NY 12955

Chateaugay Campco LLC
233 Gadway Road
Lyon Mountain, NY 12955

Chateaugay Landco LLC
233 Gadway Road
Lyon Mountain, NY 12955

Clearview Funding Group
515 Broadhollow Road
Melville, NY 11747

Club Getaway Landco, LLC

Club Getaway Operating Co

Community Bank N.A.
64-70 Market Street
Potsdam, NY 13676

Country Roads OperatingCo LLC

Creative Wave Capital LLC

Damis Holdings LLC

DAVID A. SHABSELS
60 Carthage Rd
Scarsdale, NY 10583

E Advance Services Ll.C

Eagle's Landing Day Camp LLC

East Hartford Properties Leasing LLC

East Hartford Properties Leasing LLC

Easthampton Savings Bank
36 Main Street
Easthampton, MA 01027

Fairpark Capital LLC
250 E 200 South Unit 1626
Salt Lake City, UT 84111

Farmers and Merchants State Bank
1208 W, White River Boulevard,
Suite 102
Muncie, IN 47303

Fidelity
3829 Veterans Memorial Blvd.
Metairie, LA 70002

Fidelity Co-Operative Bank
9 Loeminster Connector
Leominster, MA 01453

FinWise Bank
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

First Financial Bank
Attn: Mark D. Bicker, Lending Officer
225 Pictoria Drive
Cincinnati, OH 45246

First Financial Bank
Attn: Commercial File
225 Pictoria Drive
Cincinnati, OH 45246

First Financial Bank
255 East Fifth Street
Cincinnati, OH 45202

First Financial Bank
400 Pine Street
Abilene, TX 79604

First Financial Bank
Attn: Ccommerical File
225 Pictoria Drive
Cincinnati, OH 45246

First Merchants Bank
200 East Jackson Street
Muncie, IN 47305

First National Bank of McGregor
P.O. Box. 387
Mc Gregor, TX 76657

First National Bank of McGregor
P.O Box 387
Mc Gregor, TX 76657

First Tech. Fed. Credit Union
PO Box 2100
Beaverton, OR 97075

First Technology Federal Credit Union
Attention: Commercial Lending
PO Box 2100
Beaverton, OR 97075

Freddie Mac
8200 Jones Branch Drive
Mc Lean, VA 22102

Funders App, LLC
30 E. Broadway
Suite 203-1216
Salt Lake City, UT 84111

Funding Club LLC
915 Middle River Drive
Suite 306
Fort Lauderdale, FL 33304

FZA Note Buyers LLC
1560 Sawgrass Corporate Parkway
Suite 479
Fort Lauderdale, FL 33323

Goba Capital. Inc.
1 Alhambra Plaza #1100
Miami, FL 33134

Green Lane Operating Co

Heartland Bank and Trust Company
Attn: Kurt Rudsinski
401 N. Hershey Road
Bloomington, IL 61702

Heritage Jaguar of Freeport
146 West Sunrise Highway
Freeport, NY 11520

Highland Park Partners, LLC

Hometown Bank
31 Sutton Avenue
Oxford, MA 01540

HomeTrust Bank
PO Box 950
Asheville, NC 28802

IAFA Operating Co LLC

Inland Bank and Trust
2805 Butterfield Road
Oak Brook, IL 60523

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

IPark Imperial Parking
425 East 58 Garage Corp.
P.O. Box 2004
Deptford, NJ 08096

Jason Byrd
500 West 43rd Street
New York, NY 10036

JP Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A.
Mail Code LA2-7100 1414 Woodward Avenue
Ruston, LA 71270-2015

Kennebec Savings Bank
150 State Street
Augusta, ME 04330

Kennebec Savings Bank
25 Colonial Dr.
Trumbull, CT 06611

KeyBank
P.O. Box 5788
Attn: loan client services
Cleveland, OH 44101-0788

Kiwi OperatingCo LLC

lafalandco LLC
376 Main Street
Fryeburg, ME 04037

LavCo LLC

Libertas

Lincoln Financial Services
PO Box 220564
Pittsburgh, PA 15257

LNS Group LLC

lska Investments, Order of Mark Allayev
3323 Northeast 163rG Street
Suite 401
North Miami Beach, FL 33160

Maine Wekeela Co LLC

Malka OperatingCo LLC

Matteson Center Leasing LLC

Matteson Center Real Estate LLC

Max Credit Union
P.O, Box 244040
Montgomery, AL 36124

Meadowbrook OperatingCo LLC

Meadowbrook OperatingCo LLC

Mercedes-Benz Financial
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961

Mercedes-Benz FinancialTax
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961

MesorahCo, LLC

Metropolitan Partners Grp Administratio
Attn: Paul Lisiak
850 Third Avenue, 18th Floor
New York, NY 10022

Michael Yazdan, Esq.
79 Watermill Lane
Great Neck, NY 11021

Miller, Dana

Milton 2434 South 1-35 LLC

Milton 4650 Westway Park Boulevard LLC

Milton 7650 Fm 78 LLC

Mizz

Mizzen Capital II, LLP
One Stamford Plaza
Owned with Davis Shabels
Stamford, CT 06901

Mizzen Capital, II LP
One Stamford Plaza
263 Tresser Blvd, 9th Floor
Stamford, CT 06901

Mogenavco LLC

Mohawk Day Camp

MohawkCampCo LLC

Mulligan

National Grid
260 Airport Plaza Blvd
Farmingdale, NY 11735-3946

NBT Bank N.A.
701 Route 9, Suite 7
Germantown, NY 12526

New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Newco Capital Group VI LLC
One Whltethall Street, 2nd Floor
New York, NY 10004

North Avenue Capital, LLC
818 A1A N 300
Ponte Vedra Beach, FL 32082

Northern Bank & Trust Company
275 Mishawum Rd.
Woburn, MA 01801

Northern Bank and Trust Company
275 Mlshawum Road
Woburn, MA 01801

NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300

Ocean Funding Corp
2941 West Cypress Creek Road,
Suit8 10
Fort Lauderdale, FL 33308

Ocean Funding Corp
2941 NW 62nd Street, Suite 201
Fort Lauderdale, FL 33309

Optimatum Management LLC

Orca Funding LLC
100 Town Canter Drive, Suite 300
Oxnard, CA 93036

Orca Funding LLC
33 East 33rd Street
New York, NY 10016

Pine Forest Operatingco LLC

Poland CampCo LLC

Provident Bank
10 Woodbridge Center, Drive, 3rd Floor
Woodbridge, NJ 07095

Putnam County Savings Bank
2477 Route 6
Brewster, NY 10509

Randolph Mittasch

RDM Camps LLC

Redstone Advance Inc.

Robert Siff
Jason M. Jabar, Esq.
Jabar Laliberty One Center Street
Waterville, ME 04901

Rocking Horse Ranch Operatingco LLC

Rolling Hills Operatingco LLC

S and T Bank
205 Granite Run Drive
Lancaster, PA 17601

S and T Bank
A1tn: Kathryn L Wix, Vice President,
205 Granite Run Drive, Suite 380
Lancaster, PA 17601

Secondary Paragould LLC

Shab Operating lnc E. Hartford Property
25 Colonial Drive
Trumbull, CT 06611

Shabsels Management LLC

Shabsels Management LLC

Shah Operating Inc

Shah Operating Inc.

Simad Holdings LLC

Slomins, INc.

South Loop West Leasing LLC

South Loop West Real Estate LLC

Southern State Bank
20 Oak Hill Boulevard
Newnan, GA 30265

Southern States Bank
20 Oak Hill Blvd.
Newnan, GA 30265

Splashdown Beach Operatingco LLC

Stony Creek Operating Co LLC

Summit Camp LLC

Sunrise Credit Service
260 Airport Plaza Blvd
Farmingdale, NY 11735-3946

Sunrise Credit Services, Inc.
Attn: Bankruptcy
PO Box 9004
Melville, NY 11747-9004

Sunrise Credit Services, Inc.
260 Airport Plaza Blvd
Farmingdale, NY 11735-3946

TD Auto Finance
PO Box 100295
Columbia, SC 29202

The Bank of Greene County
341 Main Street
Catskill, NY 12414

The Marchant Marketplace Holdings Corp.
2777 Summer Street. Suite 501
Stamford, CT 06905

Tideway Capital Funding LLC
55 Northern Boulevard, Suite 202
Great Neck, NY 11021

Transparency Advance
29 W 36th Street
New York, NY 10016

Tristate Capital Bank
Attn: CRE Loan Administration
One Oxford Centre, Suite 2700
Pittsburgh, PA 15219

TriState Capital Bank
301 Grant Street
One Oxford Centre, Suite 2700
Pittsburgh, PA 15219

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United States Attorney General
United States Department of Justice
Ben Franklin Station P.O. Box 683
Washington, DC 20044

United States of America
David J Kennedy
U.S. Attorney's Office, SDNY 86 Chamber
New York, NY 10007

United States of America ex rel Bellotto
David J Kennedy, Esq.
U.S. Attorney's Office, SDNY 86 Chamber
New York, NY 10007

Vault 26 Capital LLC
175 Great Neck Road, Suite 203
Great Neck, NY 11021

Visions Federal Credit Union
24 McKinley Ave.
Endicott, NY 13760

Visions Federal Credit Union
Attn: Member Business Loans
24 McKinley Avenue
Endicott, NY 13760

Waukeela OperatingCo LLC

Wayne Bank
717 Main Street
Honesdale, PA 18431

Wayne Bank
145 West Main Street
Cambridge City, IN 47327

Wekeeland Lake LLC
192 Hopkins Road
Washington, ME 04574

West Florida Ventures, LLC

Windsor Federal Credit Savings and Loan
250 Broad Street
Windsor, CT 06095

WM Camp LLC

Woodforest National Bank
PO Box 7889
Spring, TX 77387

Wynwood Capital Group LLC

Wynwood Capital Group LLC