**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| In Re:<br><br>MICHAEL AARON SHABSELS<br><br>Debtor. | Bankruptcy No. 26-16529-CMG<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that John C. Stellakis, Esq., of Farrell Fritz, P.C., hereby appears as counsel in this proceeding on behalf of secured creditor, Deere & Company ("Deere"), and hereby requests that future service of all papers and notices of all proceedings in said proceeding be served upon the undersigned.

Dated: November 18, 2026
Hauppauge, New York

By:

**FARRELL FRITZ, P.C.**

*/s/ John C. Stellakis*
John C. Stellakis
100 Motor Parkway, Suite 300
Hauppauge, New York 11788
Telephone: (631) 367-0707
Facsimile: (631) 367-0790
jstellakis@farrellfritz.com